# INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1 | Notice of Appeal and Verified Petition for Judicial Review (Never Residents), No. 24CV040619-910 (Wake Co. Super. Ct. Dec. 20, 2024) |
| Exhibit 2 | Motion for Temporary Restraining Order and Preliminary Injunction (Never Residents), No. 24CV040619-910 (Wake Co. Super. Ct. Dec. 20, 2024) |
| Exhibit 3 | Civil Action Cover Sheet for No. 24CV040619-910 |
| Exhibit 4 | Summons for No. 24CV040619-910 |
| Exhibit 5 | Notice of Appeal and Verified Petition for Judicial Review (Incomplete Voter Registrations), No. 24CV040620-910 (Wake Co. Super. Ct. Dec. 20, 2024) |
| Exhibit 6 | Motion for Temporary Restraining Order and Preliminary Injunction (Incomplete Voter Registrations), No. 24CV040620-910 (Wake Co. Super. Ct. Dec. 20, 2024) |
| Exhibit 7 | Civil Action Cover Sheet for No. 24CV040620-910 |
| Exhibit 8 | Summons for No. 24CV040620-910 |

| Exhibit 9 | Notice of Appeal and Verified Petition for Judicial Review (Lack of Photo Identification for Overseas Voters), No. 24CV040622-910 (Wake Co. Super. Ct. Dec. 20, 2024) |
| --- | --- |
| Exhibit 10 | Motion for Temporary Restraining Order and Preliminary Injunction (Lack of Photo Identification for Overseas Voters), No. 24CV040622-910 (Wake Co. Super. Ct. Dec. 20, 2024) |
| Exhibit 11 | Civil Action Cover Sheet for No. 24CV040622-910 |
| Exhibit 12 | Summons for No. 24CV040622-910 |