# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
No. _____

| | |
|---|---|
| JEFFERSON GRIFFIN, <br><br> Plaintiff, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br> Defendant. | **NOTICE OF RELATED CASE** |

The North Carolina State Board of Elections, pursuant to Local Rule 40.3(b), hereby notifies the Court that the following cases are related to this one:

1. *United Sovereign Americans, Inc., et al. v. North Carolina State Board of Elections, et al.*, No. 5:24-cv-00500 (filed August 24, 2024).
2. *Republican National Committee, et al. v. North Carolina State Board of Elections, et al.*, No. 5:24-cv-00547 (filed September 23, 2024).
3. *North Carolina Democratic Party v. North Carolina State Board of Elections, et al.*, No. 5:24-cv-00699 (filed December 6, 2024).
4. *Jefferson Griffin v. North Carolina State Board of Elections*, No. 5:24-cv-00724-M-RN (filed December 19, 2024).

The North Carolina State Board of Elections is a party in each of the five cases, each case involves substantially the same factual background, and each case will require the Court to interpret the voter-registration and list-maintenance processes set forth in the Help America Vote Act (HAVA), 52 U.S.C. §§ 20901-21145, the Voting Rights Act, 52 U.S.C. § 10307, the Civil Rights Act (CRA), 52 U.S.C. § 10101, and the National Voter Registration Act (NVRA), 52 U.S.C. §§ 20501-20511, respectively. Thus, the cases concern substantially the same parties, transactions, or events and call for a determination

of the same or substantially related or similar questions of law and fact. *See* Local Rule 40.3(a)(1)-(2). Additionally, litigating the five cases before different judges would likely be unduly burdensome and duplicative and risk conflicting results. *See id.* 40.3(3).

Respectfully submitted, this 20th day of December 2024.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
MCBabb@ncdoj.gov

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
TSteed@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Related Case was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing to the below listed attorneys for Petitioner, if registered, and I have served the document upon opposing counsel by mailing via the US Mail, first class, postage prepaid, addressed as follows:

Michael Dowling
Craig D. Schauer
Troy D. Shelton
Dowling PLLC
3801 Lake Boone Trail
Suite 2600
Raleigh, NC 27607
(919) 529-3351
mike@dowlingfirm.com
cschauer@dowlingfirm.com
tshelton@dowlingfirm.com

Philip R. Thomas
N.C. State Bar No. 53751
Chalmers, Adams, Backer & Kaufman, PLLC
204 N Person Street
Raleigh, NC 27601
pthomas@chalmersadams.com

*Counsel for Petitioner*

This the 20th day of December, 2024.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General