# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

JEFFERSON GRIFFIN )
*Plaintiff* )
v. ) Case No. 5:24-cv-731
NORTH CAROLINA STATE BOARD OF ELECTIONS )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

North Carolina State Board of Elections.

Date: 12/20/2024

/s/ Terence Steed
*Attorney's signature*

Terence Steed
*Printed name and bar number*

North Carolina Dept. of Justice
Post Office Box 629
Raleigh, N.C. 27602
*Address*

tsteed@ncdoj.gov
*E-mail address*

(919) 716-6900
*Telephone number*

(919) 716-6763
*FAX number*