| | |
|---|---|
| STATE OF NORTH CAROLINA<br><br>COUNTY OF WAKE | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>24CV046022-910 |
| JEFFERSON GRIFFIN,<br><br>          Petitioner,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>          Respondent. | **NOTICE OF REMOVAL OF CIVIL ACTION No. 24CV040622-910 FROM WAKE COUNTY SUPERIOR COURT** |

Defendant North Carolina State Board of Elections gives notice to Petitioner that it has filed a notice of removal of the above-captioned civil action from the North Carolina Superior Court for Wake County to the United States District Court for the Eastern District of North Carolina. A copy of that notice and the exhibits to it are being filed along with this notice. Defendant also requests that this Court forward to the United States District Court a complete copy of the state court file. *See* 28 U.S.C. § 1446(d).

This the 20th day of December 2024.

/s/ Mary Carla Babb
Mary Carla Babb
Special Deputy Attorney General
N.C. State Bar No. 25731
MCBabb@ncdoj.gov

Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
TSteed@ncdoj.gov

North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6900
Fax: 919-716-6758

*Counsel for Respondent*

2

Case 5:24-cv-00731-M-RJ    Document 7    Filed 12/20/24    Page 2 of 3

**CERTIFICATE OF SERVICE**

I certify that I served this Notice of Removal on the Petitioner by email addressed to his Attorneys of Record as follows:

Troy Shelton
tshelton@dowlingfirm.com
Craig D. Schauer
cschauer@dowlingfirm.com
Dowling PLLC
3801 Lake Boone Trail
Suite 260
Raleigh, North Carolina 27607

Philip R. Thomas
pthomas@chalmersadams.com
Chalmers, Adams, Backer & Kaufman, PLLC
204 N Person Street
Raleigh, North Carolina 27601
(919) 670-5185

*Counsel for Petitioner*

Electronically submitted this the 20th day of December, 2024

                                        <u>Electronically Submitted</u>
                                        Mary Carla Babb
                                        Special Deputy Attorney General