

Phone (252) 830-2327
Fax (252) 830-2793

United States District Court
Office of the Clerk
**201 SOUTH EVANS STREET
GREENVILLE, NC 27858**

Peter A. Moore, Jr.,
Clerk of Court

December 30, 2024

W. Michael Dowlilng
Craig D. Schauer
Troy D. Shelton
Dowling PLLC
3801 Lake Boone Trail, Suite 2600
Raleigh, NC 27607

Philip R. Thomas
Chalmers, Adams, Backer & Kaufman, PLLC
204 N Person St.
Raleigh, NC 27601

*Attorney*s *for Plaintiff*

RE: Griffin v. North Carolina State Board of Elections
    5:24-CV-731-BO-RJ

**Notice to Parties Regarding Removal of Case to the Eastern District of North Carolina**

Dear Counsel of Record:

On December 20, 2024, a Notice of Removal was filed in the above-referenced action.

Local Civil Rule 5.3 governs removals of cases to the Eastern District of North Carolina Pursuant to this rule, within 14 days after removal you are required to file either a notice of appearance, a

notice of substitution of counsel, or a motion to withdraw. Additionally, you must also file a disclosure statement in accordance with Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3. You also should consult Local Civil Rule 5.3 to determine the applicable response deadlines for any motions filed in state court prior to removal.

Unless otherwise authorized by the court, all documents submitted for filing shall be filed electronically using the Case Management/Electronic Case Filing System (CM/ECF). Information regarding CM/ECF and guidance in obtaining training and user log-in and password are available on the court's website, www.nced.uscourt.gov .

cc: Terence Steed - Notice of Electronic Filing

Sincerely,

Peter A. Moore, Jr.,
CLERK OF COURT

(By) /s/ Donna Rudd
Deputy Clerk