# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| JEFFERSON GRIFFIN )<br>*Plaintiff* )<br>v. )<br>NORTH CAROLINA STATE BOARD OF ELECTIONS )<br>*Defendant* ) | Case No.  5:24-cv-00731-BO-RJ |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

North Carolina State Board of Elections.

Date:  12/30/2024

/s/ Mary Carla Babb
*Attorney's signature*

Mary Carla Babb
*Printed name and bar number*

North Carolina Dept. of Justice
Post Office Box 629
Raleigh, N.C. 27602
*Address*

mcbabb@ncdoj.gov
*E-mail address*

(919) 716-6573
*Telephone number*

(919) 716-6763
*FAX number*