# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>    Defendant. | Case No. 5:24-cv-00731-BO |

## NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, VOTEVETS ACTION FUND, SARAH SMITH, AND JUANITA ANDERSON'S MOTION TO INTERVENE AS DEFENDANTS

The North Carolina Alliance for Retired Americans, VoteVets Action Fund, Sarah Smith, and Juanita Anderson (collectively "Proposed Intervenors") submit this motion to intervene, requesting that the Court allow them to intervene as of right pursuant to Fed. R. Civ. P. 24(a) or, alternatively, Fed. R. Civ. P. 24(b). Proposed Intervenors have previously been granted intervention in a substantially similar, related case within this District. *See Jefferson Griffin v. North Carolina State Board of Elections*, No. 5:24-cv-00724-M-RN, ECF Nos. 24-25 (E.D.N.C. Dec. 21, 2024) and Dec. 26, 2024 Text Order (granting Proposed Intervenors permissive intervention); *see also* ECF No. 2 (noticing related case).

In support of this motion, Proposed Intervenors rely on the bases and authorities set forth in the attached memorandum in support.

Counsel for Proposed Intervenors consulted with counsel for Judge Griffin and counsel for the North Carolina State Board of Elections ("State Board") before filing this motion. Judge Griffin opposes Proposed Intervenors' intervention; the State Board takes no position on the motion.

Dated: December 30, 2024.					Respectfully submitted,

/s/ Narendra K. Ghosh
Narendra K. Ghosh
N.C. Bar No. 37649
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

Lalitha D. Madduri**
Christopher D. Dodge*
Tina Meng Morrison**
Makeba A.K. Rutahindurwa**
Julie Zuckerbrod*
ELIAS LAW GROUP LLP
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
cdodge@elias.law
tmengmorrison@elias.law
mrutahindurwa@elias.law
jzuckerbrod@elias.law

*Participating via Notice of Special Appearance*
**Notice of Special Appearance Forthcoming*

*Counsel for Proposed-Intervenors the North Carolina Alliance for Retired Americans, VoteVets Action Fund, Sarah Smith, and Juanita Anderson*