# Exhibit 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JEFFERSON GRIFFIN,

    Plaintiff,

    v.

NORTH CAROLINA STATE BOARD OF ELECTIONS,

    Defendant.

Case No. 5:24-cv-00731-BO

## DECLARATION OF JUANITA ANDERSON

I, Juanita Anderson, declare as follows:

1. I am a United States citizen and am over the age of 18. I have never been convicted of a felony.

2. I currently live in Franklinton, North Carolina, in Franklin County. I have been a resident of Franklin County for over twenty years.

3. I am retired schoolteacher and member of the American Federation of Teachers, as well as the North Carolina Alliance for Retired Americans.

4. I last updated my registration in North Carolina in 2014. To my knowledge, my registration was accepted by the North Carolina State Board of Elections shortly after I submitted it.

5. Since registering to vote in North Carolina, I have voted in nearly every state and federal election, including primary and general elections, and I have never been turned away from the polls or told there was an issue with my voter registration.

6. I always bring my North Carolina driver's license with me when I go cast a ballot. In the 2024 general election, I went to my early voting polling location on October 31, 2024, presented my driver's license, and an election worker confirmed that I was on the list of registered voters. I was then given a ballot, and I voted in all of the elections listed on my ballot, including in the election for Associate Supreme Court Justice.

7. I did not know that Judge Griffin was challenging my vote until I learned from the Alliance for Retired Americans that I was on the list of voters targeted by his protests. I do not recall ever receiving a postcard or any other correspondence from Judge Griffin or the North Carolina Republican Party with information on these protests or indicating that my ballot was being challenged.

8. I understand that the postcards Judge Griffin mailed to challenged voters included a QR code that recipients could scan to learn more about the protests. Even if I had received the postcard, I would not have been able to get more information, as I do not have a smartphone. I am also unfamiliar with QR codes or how they work.

9. I believe voting is the most important thing I can do as a citizen and resident of North Carolina to protect civil rights, ensure fairness and equality for all, and build a better future for my family. I am very concerned that my vote will not count if Judge Griffin's protests are successful, and I am also worried that it will make it harder for me to vote in future elections.

Date: December 30, 2024

/s/ Juanita Anderson
Juanita Anderson