UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>    Defendant. | Case No. 5:24-cv-00731-BO |

    Please take notice that the undersigned Christopher D. Dodge hereby enters a notice of special appearance as attorney for Proposed Intervenors North Carolina Alliance for Retired Americans, VoteVets Action Fund, Sarah Smith, and Juanita Anderson in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Narendra K. Ghosh.

    I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

                                                                */s/ Christopher D. Dodge*
                                                                Christopher D. Dodge
                                                                Elias Law Group LLP
                                                                250 Massachusetts Ave. NW, Suite 400
                                                                Washington, DC 20001
                                                                202-968-4490
                                                                cdodge@elias.law
                                                                NY Bar. No. 5245907
                                                                Attorney for Proposed Intervenors

                                                                */s/ Narendra K. Ghosh*
                                                                Narendra K. Ghosh
                                                                Patterson Harkavy LLP
                                                                100 Europa Drive, Suite 420
                                                                Chapel Hill, NC 27217
                                                                919-942-5200

N.C. Bar No. 37649
nghosh@pathlaw.com
Local Civil Rule 83.1(d) Attorney for Proposed Intervenors