UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>    Defendant. | Case No. 5:24-cv-00731-BO |

    Please take notice that the undersigned Tina Meng Morrison hereby enters a notice of special appearance as attorney for Proposed Intervenors North Carolina Alliance for Retired Americans, VoteVets Action Fund, Sarah Smith, and Juanita Anderson in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Narendra K. Ghosh.

    I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

    */s/ Tina Meng Morrison*
    Tina Meng Morrison
    Elias Law Group LLP
    250 Massachusetts Ave. NW, Suite 400
    Washington, DC 20001
    202-968-4490
    tmengmorrison@elias.law
    DC Bar. No. 1741090
    Attorney for Proposed Intervenors

    */s/ Narendra K. Ghosh*
    Narendra K. Ghosh
    Patterson Harkavy LLP
    100 Europa Drive, Suite 420
    Chapel Hill, NC 27217
    919-942-5200

N.C. Bar No. 37649
nghosh@pathlaw.com
Local Civil Rule 83.1(d) Attorney for Proposed
   Intervenors