IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00731-BO-RJ

| | |
|---|---|
| JEFFERSON GRIFFIN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | ) ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, W. Michael Dowling, an attorney admitted to practice in this Court, and hereby gives notice of appearance as counsel for Jefferson Griffin.

This the 2nd day of January, 2024.

/s/ W. Michael Dowling
W. Michael Dowling
N.C. State Bar No. 42790
**DOWLING PLLC**
3801 Lake Boone Tr., Suite 260
Raleigh, North Carolina 27607
Telephone: (919) 529-3351
mike@dowlingfirm.com