IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00731-M-RJ

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>*Defendant*,<br><br>and<br><br>ALLISON RIGGS; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON,<br><br>*Intervenor-Defendants*. | **NOTICE OF APPEARANCE** |

Samuel B. Hartzell of Womble Bond Dickinson (US) LLP gives notice of appearance in this action as counsel for Intervenor-Defendant Allison Riggs.

Dated: April 11, 2025            Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

 /s/ Samuel B. Hartzell
Samuel B. Hartzell
N.C. State Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
(919) 755-2100
sam.hartzell@wbd-us.com

*Counsel for Intervenor-Defendant Allison Riggs*