IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00731-M-RJ

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>*Defendant*,<br><br>and<br><br>ALLISON RIGGS; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON,<br><br>*Intervenor-Defendants*. | **JUSTICE RIGGS' EMERGENCY MOTION FOR INJUNCTION AND MOTION FOR STATUS CONFERENCE**<br><br>*Immediate Relief Requested* |

Intervenor-Defendant Allison Riggs moves under Federal Rule of Civil Procedure 65 and the All Writs Act, 28 U.S.C. § 1651, for an injunction maintaining the status quo by prohibiting the parties from taking any action to enforce or effectuate the North Carolina Court of Appeals' opinion, *Griffin v. N.C. State Bd. of Elections*, No. COA25-181, 2025 WL 1021724 (N.C. Ct. App. Apr. 4, 2025), as modified by the North Carolina Supreme Court in its April 11 Order, while this Court considers the federal issues remaining after resolution of the state court proceedings. Justice Riggs also requests an immediate status conference with the Court to align expectations in this fast-moving dispute and to discuss an expedited schedule for bringing this matter to final judgment.

The grounds for this Emergency Motion are stated in the accompanying Memorandum of Law. This Emergency Motion is further supported by the contemporaneously filed Declaration of

Samuel B. Hartzell.  Justice Riggs is providing notice of this Emergency Motion to all parties, including Plaintiff Jefferson Griffin and Defendant North Carolina State Board of Elections, by CM/ECF notification to their counsel of record in this action.

Dated: April 11, 2025

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

 /s/ Samuel B. Hartzell
Raymond M. Bennett
N.C. State Bar No. 36341
Samuel B. Hartzell
N.C. State Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
(919) 755-2100
ray.bennett@wbd-us.com
sam.hartzell@wbd-us.com

*Counsel for Intervenor-Defendant Allison Riggs*