IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00731-M-RJ

JEFFERSON GRIFFIN,

    *Plaintiff*,

    v.

NORTH CAROLINA STATE BOARD OF ELECTIONS,

    *Defendant*,

    and

ALLISON RIGGS; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON,

    *Intervenor-Defendants*.

**[PROPOSED] ORDER GRANTING JUSTICE RIGGS' EMERGENCY MOTION FOR INJUNCTION AND MOTION FOR STATUS CONFERENCE**

On consideration of Justice Riggs' Emergency Motion for Injunction and Motion for Status Conference:

1.    the Court FINDS that Justice Riggs is likely to prevail on the merits of her claim that Judge Griffin's challenges to certain ballots cast by military and overseas citizens and by overseas citizens who have not lived in North Carolina violate the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the U.S. Constitution, that injunctive relief is necessary to prevent these likely constitutional violations, that the balance of equities and public interest thus favor injunctive relief, and that no security is appropriate under Federal Rule of Civil Procedure 65(d);

2. the Court FINDS that an injunction under the All Writs Act is necessary and appropriate to effectuate and prevent frustration of the Court's order that it would "retain jurisdiction of the federal issues identified in the Board's notice of removal should those issues remain after the resolution of the state court proceedings," ECF No. 30 at 11;

3. Plaintiff Jefferson Griffin, Defendant North Carolina State Board of Elections, and the other parties to this action are ORDERED AND ENJOINED under Federal Rule of Civil Procedure 65 and the All Writs Act to maintain the status quo by taking no action to enforce or effectuate the North Carolina Court of Appeals' opinion, *Griffin v. N.C. State Bd. of Elections*, No. COA25-181, 2025 WL 1021724 (N.C. Ct. App. Apr. 4, 2025), as modified by the North Carolina Supreme Court in its April 11 Order, pending further order of this Court; and

4. the Court will schedule a status conference by CM/ECF.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE