IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00731-M-RJ

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>*Defendant*,<br><br>and<br><br>ALLISON RIGGS; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON,<br><br>*Intervenor-Defendants*. | **DECLARATION OF SAMUEL B. HARTZELL** |

Samuel B. Hartzell declares:

1. I am a member of the North Carolina State Bar, admitted to practice before this Court, and counsel to Intervenor-Defendant Allison Riggs in this action. I submit this Declaration in support of Justice Riggs' Emergency Motion for Injunction and Motion for Status Conference. I make this Declaration based on personal knowledge and could competently testify to the matters stated herein.

2. On April 11, 2025, I received notice at 4:14 p.m. that the Supreme Court of North Carolina had entered an Order in *Griffin v. North Carolina State Board of Elections*, No. 320P24-3. A true and accurate copy of that Order is attached as Exhibit 1.

1

3. On February 6, 2025, Justice Riggs filed in Wake County Superior Court a Notice of Fourth Circuit Opinion and *England* Reservation. A true and accurate copy of that filing is attached as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2025, in Raleigh, NC.

                                              /s/ Samuel B. Hartzell
                                              Samuel B. Hartzell