# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY, LOCKHART WEBB, and ELLA KROMM, individually and on behalf of all others similarly situated; GABRIELA ADLER-ESPINO; and THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA,<br><br>*Plaintiffs,*<br><br>v.<br><br>ALAN HIRSCH, JEFF CARMON, STACY "FOUR" EGGERS IV, KEVIN N. LEWIS, and SIOBHAN O'DUFFY MILLEN, in their official capacities as members of the North Carolina State Board of Elections; and KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections,<br><br>*Defendants.* | Case No. 5:25-cv-00193<br><br>**NOTICE OF RELATED CASE** |

Pursuant to Local Civil Rule 40.3(b), Plaintiffs Carrie Conley, Lockhart Webb, Ella Kromm, Gabriela Adler-Espino, and the League of Women Voters of North Carolina (collectively, "Plaintiffs"), hereby notify the Court that the above-captioned case is related to *Griffin v. North Carolina State Board of Elections*, No. 5:24-cv-00731, which is currently pending before this Court.

The cases concern "substantially the same parties, transactions, or events"; "call for a determination of the same or substantially related or similar questions of law and fact"; and pose a likelihood of "an unduly burdensome duplication of labor and expense or conflicting results." Local Civil Rule 40.3(a). Both cases name the North Carolina State Board of Elections (or

members thereof) as defendants. Both cases seek federal review of constitutional questions raised by the Board's implementation of the same order by the Supreme Court of North Carolina in *Griffin v. North Carolina State Board of Elections*, No. 320P24-3 (N.C. Apr. 11, 2025). And both cases allege violations of North Carolina voters' rights under the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the U.S. Constitution.

For the foregoing reasons, the Court should deem the cases related.

Dated: April 14, 2025

Respectfully Submitted,

/s/ *Jessica A. Marsden*
Jessica A. Marsden

Jessica A. Marsden
Protect Democracy Project
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
jess.marsden@protectdemocracy.org
Telephone: (202) 579-4582
Fax: (202) 769-3176
State Bar No. 50855

Anne Harden Tindall
Protect Democracy Project
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
anne.tindall@protectdemocracy.org
Telephone: (202) 579-4582
Fax: (202) 769-3176
State Bar No. 31569

Samuel Jacob Davis
Election Law Clinic at Harvard Law School
6 Everett Street,
Cambridge, MA, 02138
Telephone: (631) 807-2327
State Bar No. 57289

Hayden Johnson*
Protect Democracy Project
2020 Pennsylvania Avenue NW, Suite #163

Washington, DC 20006
hayden.johnson@protectdemocracy.org
Telephone: (202) 579-4582
Fax: (202) 769-3176

John Paredes*
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
john.paredes@protectdemocracy.org
Telephone: (202) 579-4582
Fax: (202) 769-3176

Stacey Leyton*
Danielle Leonard*
Juhyung Harold Lee*
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
dleonard@altber.com
hlee@altber.com

**Notice of special appearance forthcoming*