# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN, <br><br> *Plaintiff*, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br> *Defendant*, <br><br> and <br><br> ALLISON RIGGS, VOTEVETS ACTION FUND, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, SARAH SMITH, and JUANITA ANDERSON, <br><br> *Intervenor-Defendants*. | Case No. 5:24-cv-00731-M-RJ |

Please take notice that the undersigned Lalitha D. Madduri hereby enters a notice of special appearance as attorney for Intervenor-Defendants VoteVets Action Fund, the North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Narendra K. Ghosh.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri
Elias Law Group LLP
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
202-968-4593

lmadduri@elias.law
DC Bar. No. 1659412

*Attorney for Intervenor-Defendants VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson*

/s/ *Narendra K. Ghosh*
Narendra K. Ghosh
Patterson Harkavy LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
919-942-5200
N.C. Bar No. 37649
nghosh@pathlaw.com

*Local Civil Rule 83.1(d) Attorney for Intervenor-Defendants VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson*

2