**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

|  |  |
|---|---|
| JEFFERSON GRIFFIN, <br><br>     *Plaintiff*, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br>     *Defendant*, <br><br> and <br><br> ALLISON RIGGS, VOTEVETS ACTION FUND, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, SARAH SMITH, and JUANITA ANDERSON, <br><br>     *Intervenor-Defendants*. | Case No. 5:24-cv-00731-M-RJ |

## INTERVENOR-DEFENDANTS VOTEVETS ACTION FUND, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, SARAH SMITH, AND JUANITA ANDERSON'S NOTICE OF APPEAL

VoteVets Action Fund, the North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson (collectively "Voter Appellants") hereby give their notice of appeal to the United States Court of Appeals for the Fourth Circuit from this Court's Order ordering the North Carolina State Board of Elections to continue proceeding "in accordance with the North Carolina Court of Appeals opinion, *Griffin v. N.C. State Bd. of Elections*, No. COA25-181, 2025 WL 1021724 (N.C. Ct. App. Apr. 4, 2025), as modified by the North Carolina Supreme Court in its April 11 Order" regarding the curing of ballots cast in the Associate Supreme Court Justice election in November 2024. *See* Text Order, ECF No. 5:24-cv-00731-M-RJ (April 12, 2025).

1

Dated: April 14, 2025                                   Respectfully submitted,

*/s/ Lalitha D. Madduri*

Lalitha D. Madduri*
Christopher D. Dodge*
Tina Meng Morrison*
James J. Pinchak*
Julie Zuckerbrod*
ELIAS LAW GROUP LLP
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
cdodge@elias.law
tmengmorrison@elias.law
jpinchak@elias.law
jzuckerbrod@elias.law

*Participating via Notice of Special Appearance*

Narendra K. Ghosh
N.C. Bar No. 37649
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

*Counsel for Intervenor-Defendants VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson*

2