IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>*Defendant*,<br><br>and<br><br>ALLISON RIGGS et al.,<br><br>*Intervenor-Defendants*.  | Case Nos.  5:24-cv-00731-M<br>5:24-cv-00699-M<br>5:25-cv-00193-M<br><br>**CERTIFICATE OF SERVICE** |
| NORTH CAROLINA DEMOCRATIC PARTY,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br><br>*Defendants*. | |
| CARRIE CONLEY et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALAN HIRSCH et al.,<br><br>*Defendants*. | |

# PROOF OF SERVICE

      I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On April 14, 2025, I served the following document(s) from *Conley v. Hirsch*, No. 5:25-cv-00193-M:

      ECF 011- Motion for TRO and PI
      ECF 012- Memorandum ISO TRO and PI
      ECF 012.1- Exhibit List
      ECF 012.2- Exhibit Declaration of Carrie Conley
      ECF 012.3- Exhibit Declaration of Lockhart Webb
      ECF 012.4- Exhibit Declaration of Ella Kromm
      ECF 012.5- Exhibit Declaration of Jennifer Rubin
      ECF 012.6- Exhibit Declaration of Alana Pierce
      ECF 012.7- Exhibit Expert Report of Christopher A. Cooper
      ECF 012.8- Exhibit Declaration of Hayden Johnson
      ECF 012.9- Exhibit Declaration of Gabriela Adler-Espino
      ECF 013- Proposed Order

on the parties, through their attorneys of record, as designated below:

**By Electronic Mail:** I caused such document(s) to be served via electronic mail, pursuant to a written agreement, on the parties in this action by transmitting true and correct copies to the following address(es):

| | |
|---|---|
| Terence Steed<br>N.C. Department of Justice<br>Tsteed@ncdoj.gov<br>*Counsel for Defendants* | Stephanie Brennan<br>N.C. Department of Justice<br>Sbrennan@ncdoj.gov<br>*Counsel for Defendants* |

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed April 14, 2025, at San Francisco, California.

                                        */s/ Giorgia Lingiardi*
                                        Giorgia Lingiardi