IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA (WESTERN DIVISION)

| | |
|---|---|
| JEFFERSON GRIFFIN, *Plaintiff*, v. NORTH CAROLINA STATE BOARD OF ELECTIONS, *Defendant*, and ALLISON RIGGS et al., *Intervenor-Defendants*. | No. 5:24-cv-00731-M-RJ |
| NORTH CAROLINA DEMOCRATIC PARTY, *Plaintiff*, v. NORTH CAROLINA STATE BOARD OF ELECTIONS et al., *Defendants*. | No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al., *Plaintiffs*, v. ALAN HIRSCH et al., *Defendants*. | No. 5:25-cv-00193-M-RJ |

**JUSTICE RIGGS' MOTION FOR STAY AND INJUNCTION PENDING APPEAL**

*Immediate Relief Requested*

Intervenor-Defendant Allison Riggs moves under Federal Rule of Civil Procedure 62 for an order (1) staying the portion of this Court's April 12, 2025, Text Order that directs Defendant North Carolina State Board of Elections "to proceed in accordance with the North Carolina Court of Appeals opinion, Griffin v. N.C. State Bd. of Elections, No. COA25-181, 2025 WL 1021724 (N.C. Ct. App. Apr. 4, 2025), as modified by the North Carolina Supreme Court in its April 11 Order" and (2) prohibiting the parties from taking any action to enforce or effectuate that same opinion, as modified, while Justice Riggs pursues her appeal to the Fourth Circuit.

If the Court declines to enter that stay and injunction pending appeal, Justice Riggs respectfully requests in the alternative that the Court enter that stay and injunction temporarily to allow the Fourth Circuit time to consider granting that relief pending appeal. Specifically, Justice Riggs respectfully requests in the alternative that the Court enter the stay and injunction outlined above until (a) the Fourth Circuit denies Justice Riggs' motion for stay and injunction pending appeal or (b) seven days have elapsed without Justice Riggs moving in the Fourth Circuit for a stay pending appeal.

The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated: April 14, 2025    Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Samuel B. Hartzell
Raymond M. Bennett
N.C. State Bar No. 36341
Samuel B. Hartzell
N.C. State Bar No. 49256
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
(919) 755-2100
ray.bennett@wbd-us.com
sam.hartzell@wbd-us.com

*Counsel for Intervenor-Defendant Allison Riggs*