# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| North Carolina Democratic Party,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>North Carolina State Board of Elections, *et al.*,<br><br>　　　　　Defendants. | Case No. 5:24-cv-699-M |
| Jefferson Griffin<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>North Carolina State Board of Elections,<br><br>　　　　　Defendants,<br><br>　　　and<br><br>Allison Riggs, VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson,<br><br>　　　　　Intervenor-Defendants | Case No. 5:24-cv-731-M |
| Carrie Conley, Lockhart Webb, and Ella Kromm, *individually and on behalf of all others similarly situated*; Gabriela Adler-Espino; and the League of Women Voters of North Carolina,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*, and Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*,<br><br>　　　　　Defendants. | Case No. 5:25-cv-193-M |

# PLAINTIFF NORTH CAROLINA DEMOCRATIC PARTY'S
# NOTICE OF APPEAL

The North Carolina Democratic Party (NCDP) hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's April 14, 2025 text order in case number 5:24-cv-699 granting in part and denying in part NCDP's emergency motion (Dkt.36) for a temporary restraining order and a preliminary injunction.

April 14, 2025

Respectfully submitted,

*/s/* William A. Robertson

| | |
|---|---|
| SETH P. WAXMAN[*] | SHANA L. FULTON |
| DANIEL S. VOLCHOK[*] | N.C. Bar No. 27836 |
| CHRISTOPHER E. BABBITT[*] | WILLIAM A. ROBERTSON |
| JANE E. KESSNER[*] | N.C. Bar No. 53589 |
| NITISHA BARONIA[*] | JAMES W. WHALEN |
| ANN E. HIMES[*] | N.C. Bar No. 58477 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP |
| 2100 Pennsylvania Avenue N.W. | 150 Fayetteville Street, Suite 1700 |
| Washington, D.C. 20037 | Raleigh, N.C. 27601 |
| Phone: (202) 663-6000 | Phone: (919) 839-0300 |
| Fax: (202) 663-6363 | Fax: (919) 839-0304 |
| seth.waxman@wilmerhale.com | sfulton@brookspierce.com |
| daniel.volchok@wilmerhale.com | wrobertson@brookspierce.com |
| christopher.babbitt@wilmerhale.com | jwhalen@brookspierce.com |
| jane.kessner@wilmerhale.com | |
| nitisha.baronia@wilmerhale.com | |
| annie.himes@wilmerhale.com | [*] Local Rule 83.1(e) special appearance |

1

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document using the court's CM/ECF system, which will send notice to all counsel of record.

| | |
|---|---|
| April 14, 2025 | /s/ William A. Robertson |
| | WILLIAM A. ROBERTSON |