IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| North Carolina Democratic Party,<br><br>    Plaintiff,<br><br>  v.<br><br>North Carolina State Board of Elections, *et al.*,<br><br>    Defendants. | Case No. 5:24-cv-699-M |
| Jefferson Griffin<br><br>    Plaintiff,<br><br>  v.<br><br>North Carolina State Board of Elections,<br><br>    Defendants,<br><br>  and<br><br>Allison Riggs, VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson,<br><br>    Intervenor-Defendants | Case No. 5:24-cv-731-M |
| Carrie Conley, Lockhart Webb, and Ella Kromm, *individually and on behalf of all others similarly situated*; Gabriela Adler-Espino; and the League of Women Voters of North Carolina,<br><br>    Plaintiffs,<br><br>  v.<br><br>Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*, and Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*,<br><br>    Defendants. | Case No. 5:25-cv-193-M |

# PLAINTIFF NORTH CAROLINA DEMOCRATIC PARTY'S
# NOTICE OF JOINDER IN MOTION TO STAY AND INJUNCTION PENDING APPEAL

The North Carolina Democratic Party (NCDP) joins Justice Riggs' emergency motion to stay and for injunction pending appeal, Case No. 5:24-cv-731-M (Dkt. 47, 48). NCDP respectfully submits that Justice Riggs' motion should be allowed for the same reasons that NCDP's full motion for temporary restraining order and preliminary injunction were warranted, *see* Case No. 5:24-cv-699-M (Dkt. 36, 37).

WHEREFORE, NCDP joins Justice Riggs' motion and asks that the Court allow the motion with respect to the Court's April 14, 2025 text order, Case No. 5:24-cv-699-M, granting in part and denying in part NCDP's emergency motion (Dkt.36) for a temporary restraining order and a preliminary injunction.

April 14, 2025

Respectfully submitted,

*/s/* William A. Robertson

SETH P. WAXMAN[*]
DANIEL S. VOLCHOK[*]
CHRISTOPHER E. BABBITT[*]
JANE E. KESSNER[*]
NITISHA BARONIA[*]
ANN E. HIMES[*]
WILMER CUTLER PICKERING
　HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
Phone: (202) 663-6000
Fax: (202) 663-6363
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
christopher.babbitt@wilmerhale.com
jane.kessner@wilmerhale.com
nitisha.baronia@wilmerhale.com
annie.himes@wilmerhale.com

SHANA L. FULTON
N.C. Bar No. 27836
WILLIAM A. ROBERTSON
N.C. Bar No. 53589
JAMES W. WHALEN
N.C. Bar No. 58477
BROOKS, PIERCE, MCLENDON,
　HUMPHREY & LEONARD, LLP
150 Fayetteville Street, Suite 1700
Raleigh, N.C. 27601
Phone: (919) 839-0300
Fax: (919) 839-0304
sfulton@brookspierce.com
wrobertson@brookspierce.com
jwhalen@brookspierce.com

[*] Local Rule 83.1(e) special appearance

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document using the court's CM/ECF system and that I have electronically mailed the documents to all non-CM/ECF participants.

| | |
|---|---|
| April 14, 2025 | /s/ William A. Robertson |
| | WILLIAM A. ROBERTSON |