**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>    *Plaintiff*,<br><br>  v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>    *Defendant*,<br><br>  and<br><br>ALLISON RIGGS et al.,<br><br>    *Intervenor-Defendants*. | |
| NORTH CAROLINA DEMOCRATIC PARTY,<br><br>    *Plaintiff*,<br><br>  v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br><br>    *Defendants*. | Case Nos. 5:24-cv-00731-M<br>      5:24-cv-00699-M<br>      5:25-cv-00193-M<br><br>**NOTICE OF APPEAL** |
| CARRIE CONLEY et al.,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>ALAN HIRSCH et al.,<br><br>    *Defendants.* | |

Plaintiffs Carrie Conley, Lockhart Webb, Ella Kromm, Gabriela Adler-Espino, and the League of Women Voters of North Carolina hereby appeal from the following text order entered by the Court on April 14, 2025, in *Conley v. Hirsch*, No. 5:25-cv-00193-M:

> This matter comes before the court on Plaintiff's motion for temporary restraining order [DE 11]. Pursuant to the court's authority under the All Writs Act, the motion is GRANTED IN PART. Defendants are ORDERED to proceed in accordance with the North Carolina Court of Appeals opinion, Griffin v. N.C. State Bd. of Elections, No. COA25-181, 2025 WL 1021724 (N.C. Ct. App. Apr. 4, 2025), as modified by the North Carolina Supreme Court in its April 11 Order, but SHALL NOT certify the results of the election, pending further order of this court.

Dated: April 14, 2025                    Respectfully Submitted,

/s/ *Jessica A. Marsden*
Jessica A. Marsden

Jessica A. Marsden
Protect Democracy Project
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
jess.marsden@protectdemocracy.org
Telephone: (202) 579-4582
Fax: (202) 769-3176
State Bar No. 50855

Anne Harden Tindall
Protect Democracy Project
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
anne.tindall@protectdemocracy.org
Telephone: (202) 579-4582
Fax: (202) 769-3176
State Bar No. 31569

Samuel Jacob Davis
Election Law Clinic at Harvard Law School
6 Everett Street,
Cambridge, MA, 02138
Telephone: (631) 807-2327
State Bar No. 57289

Hayden Johnson*

Protect Democracy Project
2020 Pennsylvania Avenue NW, Suite #163
Washington, DC 20006
hayden.johnson@protectdemocracy.org
Telephone: (202) 579-4582
Fax: (202) 769-3176

John Paredes*
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
john.paredes@protectdemocracy.org
Telephone: (202) 579-4582
Fax: (202) 769-3176

Stacey Leyton*
Danielle Leonard*
Juhyung Harold Lee*
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
dleonard@altber.com
hlee@altber.com

*Attorneys for Carrie Conley, Lockhart Webb, Ella
Kromm, Gabriela Adler-Espino, and the League of
Women Voters of North Carolina*

*Notice of special appearance forthcoming*