IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>  *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>  *Defendant*,<br><br>and<br><br>ALLISON RIGGS et al.,<br><br>  *Intervenor-Defendants*. | |
| NORTH CAROLINA DEMOCRATIC PARTY,<br><br>  *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br><br>  *Defendants*. | Case Nos. 5:24-cv-00731-M<br>      5:24-cv-00699-M<br>      5:25-cv-00193-M<br><br>**[PROPOSED] ORDER** |
| CARRIE CONLEY et al.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>ALAN HIRSCH et al.,<br><br>  *Defendants*. | |

It is hereby ORDERED that the Voter Plaintiffs' Motion for a Stay and Injunction Pending Appeal is GRANTED. The Court's text order of April 14, 2025, in *Conley v. Hirsch*, 5:25-cv-00193-M, as to the Voter Plaintiffs' Motion for a Temporary Restraining Order and/or Preliminary Injunction, ECF No. 11, is hereby stayed as follows: The portion of the order requiring Defendants "to proceed in accordance with the North Carolina Court of Appeals opinion, Griffin v. N.C. State Bd. of Elections, No. COA25-181, 2025 WL 1021724 (N.C. Ct. App. Apr. 4, 2025), as modified by the North Carolina Supreme Court in its April 11 Order," shall be stayed pending resolution of the Voter Plaintiffs' appeal of such order.[1] It is further ordered that, pending resolution of such appeal, Defendants and their agents are hereby enjoined from (1) retroactively applying the post-election changes in election procedures to the 2024 Seat Six election to presumptively invalidate, discard, encumber, or otherwise not count the votes cast by the Voter Plaintiffs and all other members of the proposed Class in that election; and (2) requiring the Voter Plaintiffs and all other members of the proposed Class to provide additional "verification" that their votes were lawful in order for those votes to be counted in the 2024 Seat Six election. No security shall be required for the foregoing relief to issue.

SO ORDERED. This _____ day of _____, 2025.

_____
HON. RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The corresponding portions of the Court's substantially similar text orders issued on April 14, 2025, in *North Carolina Democratic Party v. North Carolina State Board of Elections*, No. 5:24-cv-00699-M, and on April 12, 2025, in *Griffin v. North Carolina State Board of Elections*, No. 5:24-cv-00731-M, are also hereby stayed to the same extent as the text order in *Conley*, No. 5:25-cv-00193-M.