UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br>    *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br>    *Defendant*,<br><br>and<br><br>ALLISON RIGGS, VOTEVETS ACTION FUND, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, SARAH SMITH, and JUANITA ANDERSON,<br>    *Intervenor-Defendants*. | Case No. 5:24-cv-00731-M-RJ |
| NORTH CAROLINA DEMOCRATIC PARTY,<br>    *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br>    *Defendants*. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>ALAN HIRSCH et al.,<br>    *Defendants*. | Case No. 5:25-cv-00193-M-RJ |

**VOTEVETS ACTION FUND, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, SARAH SMITH, AND JUANITA ANDERSON'S MOTION FOR STAY AND INJUNCTION PENDING APPEAL**

*Immediate Relief Requested*

Intervenor-Defendants VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson ("Voter Intervenors") move under Federal Rule of Civil Procedure 62 for an order (1) staying this Court's April 12, 2025, Text Order that directs Defendant North Carolina State Board of Elections "to proceed in accordance with the North Carolina Court of Appeals opinion, *Griffin v. N.C. State Bd. of Elections*, No. COA25-181, 2025 WL 1021724 (N.C. Ct. App. Apr. 4, 2025), as modified by the North Carolina Supreme Court in its April 11 Order," and (2) modifying its injunction to prohibit the State Board from taking action to enforce that same opinion, as modified, while Voter Intervenors pursue their appeal to the Fourth Circuit.

If the Court declines to enter that stay and injunction pending appeal, Voter Intervenors request that, in the alternative, the Court enter the requested stay and injunction until either the Fourth Circuit denies Voter Intervenors' motion for stay and injunction pending appeal or seven days have elapsed without Voter Intervenors moving in the Fourth Circuit for a stay pending appeal.

Additionally, Voter Intervenors join Justice Riggs' emergency motion to stay and for injunction pending appeal, Case No. 5:24-cv-731-M-RJ, ECF Nos. 47, 48.

Pursuant to J. Myers Practice Preferences and Procedures Section I.A., counsel for Voter Intervenors contacted counsel for Judge Griffin and the North Carolina State Board of Elections to determine their positions on the instant motion but have not yet received a response.

The grounds for this Motion are set forth in the accompanying Memorandum of Law.

-1-

Case 5:24-cv-00731-M-RJ    Document 54    Filed 04/15/25    Page 2 of 3

Dated: April 15, 2025

Respectfully submitted,

/s/ *Lalitha D. Madduri*
Lalitha D. Madduri*
Christopher D. Dodge*
Tina Meng Morrison*
James J. Pinchak*
Julie Zuckerbrod*
ELIAS LAW GROUP LLP
250 Massachusetts Ave, N.W., Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
cdodge@elias.law
tmengmorrison@elias.law
jpinchak@elias.law
jzuckerbrod@elias.law

Narendra K. Ghosh
N.C. Bar No. 37649
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

*\* Participating via Notice of Special Appearance*

*Counsel for Intervenor-Defendants VoteVets Action Fund, the North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson*

-2-

Case 5:24-cv-00731-M-RJ    Document 54    Filed 04/15/25    Page 3 of 3