UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br>    *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br>    *Defendant*,<br><br>and<br><br>ALLISON RIGGS, VOTEVETS ACTION FUND, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, SARAH SMITH, and JUANITA ANDERSON,<br>    *Intervenor-Defendants*. | Case No. 5:24-cv-00731-M-RJ |
| NORTH CAROLINA DEMOCRATIC PARTY,<br>    *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br>    *Defendants*. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>ALAN HIRSCH et al.,<br>    *Defendants*. | Case No. 5:25-cv-00193-M-RJ |

**[PROPOSED] ORDER**

It is hereby ORDERED that the VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson's ("Voter Intervenors") Emergency Motion to Stay Pending Appeal is GRANTED. This Court's April 12, 2025, Text Order in *Griffin v. N.C. State Bd. of Elections*, No. 24-cv-00731, is hereby stayed as follows: the part of the Order that directs Defendant North Carolina State Board of Elections "to proceed in accordance with the North Carolina Court of Appeals opinion, *Griffin v. N.C. State Bd. of Elections*, No. COA25-181, 2025 WL 1021724 (N.C. Ct. App. Apr. 4, 2025), as modified by the North Carolina Supreme Court in its April 11 Order," shall be stayed pending resolution of the Voter Intervenors' appeal of the Court's Order to the United States Court of Appeals for the Fourth Circuit. It is further ordered that the Court modifies its injunction to prohibit the State Board from taking action to enforce that same opinion, as modified, while Voter Intervenors pursue their appeal to the Fourth Circuit. SO ORDERED.

This _____ day of _____, 2025.

_____

HON. RICHARD E. MYERS II CHIEF
UNITED STATES DISTRICT JUDGE