# APPEAL TRANSMITTAL SHEET (non-death penalty)

**Transmittal to 4CCA of notice of appeal filed:** 04/14/25

- [x] First NOA in Case
- [ ] Subsequent NOA-same party
- [ ] Subsequent NOA-new party
- [ ] Subsequent NOA-cross appeal
- [ ] Paper ROA   [ ] Paper Supp.
- Vols: ___
- Other: ___

**District:** Eastern District of North Carolina
**Division:** Western
**Caption:** Griffin v. North Carolina State Board of Elections
*524-CV-699-M, 525-CV-193-M consolidated with the above case

**District Case No.:** 5:24-CV-731-M
**4CCA No(s). for any prior NOA:** 25-1020
**4CCA Case Manager:** Rachel Phillips

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other ___

**Confinement-Criminal Case:**
- [ ] Death row-use DP Transmittal
- [ ] Recalcitrant witness
- [ ] In custody
- [ ] On bond
- [ ] On probation

**Defendant Address-Criminal Case:**

**Fee Status:**
- [ ] No fee required (USA appeal)
- [x] Appeal fees paid in full
- [ ] Fee not paid

**Criminal Cases:**
- [ ] District court granted & did not revoke CJA status (continues on appeal)
- [ ] District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
- [ ] District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
- [ ] Court granted & did not revoke IFP status (continues on appeal)
- [ ] Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- [x] Court never granted IFP status (must pay fee or apply to 4CCA)

**District Judge:** Richard Myers, II

**PLRA Cases:**
- [ ] Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- [ ] Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Court Reporter** (list all): Amy Condon, Stacy Schwinn

**Sealed Status** (check all that apply):
- [ ] Portions of record under seal
- [ ] Entire record under seal
- [ ] Party names under seal
- [ ] Docket under seal

**Coordinator:** Shelia Foell

**Record Status for Pro Se Appeals** (check any applicable):
- [ ] Assembled electronic record transmitted
- [ ] Additional sealed record emailed to 4cca-filing
- [ ] Paper record or supplement shipped to 4CCA
- [ ] No in-court hearings held
- [ ] In-court hearings held – all transcript on file
- [ ] In-court hearings held – all transcript not on file
- [ ] Other:

**Record Status for Counseled Appeals** (check any applicable):
- [x] Assembled electronic record available if requested
- [ ] Additional sealed record available if requested
- [ ] Paper record or supplement available if requested
- [x] No in-court hearings held
- [ ] In-court hearings held – all transcript on file
- [ ] In-court hearings held – all transcript not on file
- [ ] Other:

**Deputy Clerk:** Shelia Foell   **Phone:** 252-830-2330   **Date:** 04/15/25