FILED: April 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1398
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

    Plaintiff - Appellee

v.

VOTEVETS ACTION FUND; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; SARAH SMITH; JUANITA ANDERSON

    Intervenors - Appellants

and

NORTH CAROLINA STATE BOARD OF ELECTIONS

    Defendant

and

ALLISON RIGGS; TANYA WEBSTER-DURHAM

    Intervenors

___

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|
| Originating Case Number | 5:24-cv-00731-M-RJ |

| | |
|---|---|
| Date notice of appeal filed in originating court: | 04/14/2025 |
| Appellant(s) | VoteVets Action Fund; North Carolina Alliance for Retired Americans; Sarah Smith; Juanita Anderson |
| Appellate Case Number | 25-1398 |
| Case Manager | Rachel Phillips<br>804-916-2702 |