# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| North Carolina Democratic Party,<br><br>    Plaintiff,<br><br> v.<br><br>North Carolina State Board of Elections, *et al.*,<br><br>    Defendants. | Case No. 5:24-cv-699-M |
| Jefferson Griffin<br><br>    Plaintiff,<br><br> v.<br><br>North Carolina State Board of Elections,<br><br>    Defendants,<br><br> and<br><br>Allison Riggs, VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson,<br><br>    Intervenor-Defendants | Case No. 5:24-cv-731-M |
| Carrie Conley, Lockhart Webb, and Ella Kromm, *individually and on behalf of all others similarly situated*; Gabriela Adler-Espino; and the League of Women Voters of North Carolina,<br><br>    Plaintiffs,<br><br> v.<br><br>Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*, and Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*,<br><br>    Defendants. | Case No. 5:25-cv-193-M |

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this court, and I appear in this now consolidated case as counsel for Plaintiff the North Carolina Democratic Party.

April 16, 2025

Respectfully submitted,

/s/ Shana L. Fulton
SHANA L. FULTON
N.C. Bar No. 27836
sfulton@brookspierce.com
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
PO Box 1800
Raleigh, NC 27602
Phone: (919) 882-2522
Fax: (336) 232-9172

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document using the court's CM/ECF system.

April 16, 2025                          /s/ Shana L. Fulton
                                                SHANA L. FULTON