IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| North Carolina Democratic Party,<br><br>         Plaintiff,<br><br>  v.<br><br>North Carolina State Board of Elections, *et al.*,<br><br>         Defendants. | Case No. 5:24-cv-699-M |
| Jefferson Griffin<br><br>         Plaintiff,<br><br>  v.<br><br>North Carolina State Board of Elections,<br><br>         Defendants,<br><br>  and<br><br>Allison Riggs, VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson,<br><br>         Intervenor-Defendants | Case No. 5:24-cv-731-M |
| Carrie Conley, Lockhart Webb, and Ella Kromm, *individually and on behalf of all others similarly situated*; Gabriela Adler-Espino; and the League of Women Voters of North Carolina,<br><br>         Plaintiffs,<br><br>  v.<br><br>Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*, and Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*,<br><br>         Defendants. | Case No. 5:25-cv-193-M |

## NOTICE OF APPEARANCE

I am admitted or otherwise authorized to practice in this court, and I appear in this now consolidated case as counsel for Plaintiff the North Carolina Democratic Party.

| | |
|---|---|
| April 16, 2025 | Respectfully submitted, |
| | /s/ James W. Whalen |
| | JAMES W. WHALEN |
| | N.C. Bar No. 58477 |
| | jwhalen@brookspierce.com |
| | BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP |
| | PO Box 1800 |
| | Raleigh, NC 27602 |
| | Phone: (919) 882-2523 |
| | Fax: (336) 232-9215 |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document using the court's CM/ECF system.

| | |
|---|---|
| April 16, 2025 | /s/ James W. Whalen <br> JAMES W. WHALEN |