# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| North Carolina Democratic Party,<br><br>   Plaintiff,<br><br>  v.<br><br>North Carolina State Board of Elections, *et al.*,<br><br>   Defendants. | Case No. 5:24-cv-699-M |
| Jefferson Griffin<br><br>   Plaintiff,<br><br>  v.<br><br>North Carolina State Board of Elections,<br><br>   Defendants,<br><br>  and<br><br>Allison Riggs, VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson,<br><br>   Intervenor-Defendants | Case No. 5:24-cv-731-M |
| Carrie Conley, Lockhart Webb, and Ella Kromm, *individually and on behalf of all others similarly situated*; Gabriela Adler-Espino; and the League of Women Voters of North Carolina,<br><br>   Plaintiffs,<br><br>  v.<br><br>Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*, and Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*,<br><br>   Defendants. | Case No. 5:25-cv-193-M |

# NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Nitisha Baronia hereby enters a notice of special appearance as attorney for North Carolina Democratic Party in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Shana L. Fulton.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Date: April 16, 2025

Respectfully submitted,

/s/ Nitisha Baronia
NITISHA BARONIA
WILMER CUTLER PICKERING
   HALE & DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037

Phone: (202) 663-6000
nitisha.baronia@wilmerhale.com
D.C. Bar No. 90004809
*Attorney for North Carolina Democratic Party*

/s/ Shana L. Fulton
SHANA L. FULTON
BROOKS, PIERCE, MCLENDON
   HUMPHREY & LEONARD, LLP
150 Fayetteville Street
1700 Wells Fargo Capitol Center
Raleigh, N.C. 27601

Phone: (919) 839-0300
Fax: (919) 839-0304
sfulton@brookspierce.com
N.C. Bar No. 27836
*Local Civil Rule 83.1(d) Attorney for North Carolina Democratic Party*