IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00731-M-RJ

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>*Defendant*,<br><br>and<br><br>ALLISON RIGGS; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; VOTEVETS ACTION FUND; TANYA WEBSTER-DURHAM; SARAH SMITH; JUANITA ANDERSON,<br><br>*Intervenor-Defendants*. | **NOTICE OF APPEARANCE** |

    Zachary N. Bernstein of Womble Bond Dickinson (US) LLP gives notice of appearance in this action as counsel for Intervenor-Defendant Allison Riggs.

Dated: April 16, 2025        Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ Zachary N. Bernstein
Zachary N. Bernstein
N.C. State Bar No. 61681
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
919-755-2167
Zachary.Bernstein@wbd-us.com

*Counsel for Intervenor-Defendant Allison Riggs*