UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN, <br>    *Plaintiff*, <br> v. <br> NORTH CAROLINA STATE BOARD OF ELECTIONS, <br>    *Defendant*, <br> and <br> ALLISON RIGGS, VOTEVETS ACTION FUND, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, SARAH SMITH, and JUANITA ANDERSON, <br>    *Intervenor-Defendants*. | Case No. 5:24-cv-00731-M |
| NORTH CAROLINA DEMOCRATIC PARTY, <br>    *Plaintiff*, <br> v. <br> NORTH CAROLINA STATE BOARD OF ELECTIONS et al., <br>    *Defendants*. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al., <br>    *Plaintiffs*, <br> v. <br> ALAN HIRSCH et al., <br>    *Defendants*. | Case No. 5:25-cv-00193-M-RJ |

**JUDGE JEFFERSON GRIFFIN'S RESPONSE TO THE BOARD OF ELECTIONS' NOTICE OF REMEDIAL EFFORTS**

Yesterday, the North Carolina Board of Elections filed its court-ordered Notice of Remedial Efforts (Doc. 61). The notice confirms that the scope of the North Carolina Court of Appeals' mandate is still in dispute. In light of Board's notice, Judge Griffin filed a petition with the Court of Appeals asking the court to clarify the scope of the mandate. For the benefit of this Court, Judge Griffin provides notice of that filing, which is attached as Exhibit A.

This 16th day of April, 2025.  Respectfully submitted,

/s/ *Craig D. Schauer*

Craig D. Schauer
  41571 (NC)
Troy D. Shelton
  48070 (NC)
W. Michael Dowling
  42790 (NC)
DOWLING PLLC
3801 Lake Boone Trial
Suite 260
(919) 529-3351
cschauer@dowlingfirm.com

*Counsel for Jefferson Griffin*

## CERTIFICATE OF COMPLIANCE

This document complies with Local Rule 7.2(f)(2) because it contains less than 8,400 words excluding the parts that can be excluded.

/s/ *Craig D. Schauer*