IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY et al., *Plaintiffs,* v. ALAN HIRSCH et al., *Defendants.* | Case Nos. 5:24-cv-00731-M (lead) 5:24-cv-00699-M 5:25-cv-00193-M |
| JEFFERSON GRIFFIN, *Plaintiff,* v. NORTH CAROLINA STATE BOARD OF ELECTIONS, *Defendant,* and ALLISON RIGGS et al., *Intervenor-Defendants.* | |
| NORTH CAROLINA DEMOCRATIC PARTY, *Plaintiff,* v. NORTH CAROLINA STATE BOARD OF ELECTIONS et al., *Defendants.* | |

**NOTICE OF SPECIAL APPEARANCE**

Please take notice that the undersigned Hayden Johnson hereby enters a notice of special appearance as attorney for Carrie Conley, Lockhart Webb, Ella Kromm, Gabriela Adler-Espino, and the League of Women Voters of North Carolina in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Jessica A. Marsden.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: April 17, 2025.                        Respectfully Submitted,

    /s/ Hayden Johnson
Hayden Johnson
Protect Democracy Project
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
(202) 579-4582
hayden.johnson@protectdemocracy.org
D.C. Bar. No. 1671830
Attorney for Plaintiffs

    /s/ *Jessica A. Marsden*
Jessica A. Marsden
Protect Democracy Project
Chapel Hill, N.C. 27517
(202) 579-4582
Fax: (202) 769-3176
jess.marsden@protectdemocracy.org
N.C. Bar. No. 50855
Local Civil Rule 83.1(d) Attorney for Plaintiffs