# UNITED STATES DISTRICT COURT
for the Eastern District of North Carolina

Western Division

| | |
|---|---|
| JEFFERSON GRIFFIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH CAROLINA STATE BOARD OF )<br>ELECTIONS )<br>)<br>Defendant. )<br>)<br>and )<br>)<br>ALLISON RIGGS, et. al. )<br>)<br>Intervernor-Defendants ) | NO. 5:24cv731 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State Democracy Defenders Fund.

Date: April 21, 2025

*s/ William D. Smith*
*Attorney's signature*

William D. Smith, Fed. Id. No.: 61488
*Printed name and bar number*

Haynsworth Sinkler Boyd, P.A.
ONE North Main, 2nd Floor
Greenville, SC 29601
*Address*

wsmith@hsblawfirm.com
*E-mail address*

864-240-3220
*Telephone number*

864-240-3300
*FAX number*