# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY et al.,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>ALAN HIRSCH et al.,<br><br>    *Defendants.* | |
| JEFFERSON GRIFFIN,<br><br>    *Plaintiff,*<br><br>  v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>    *Defendant*,<br><br>  and<br><br>ALLISON RIGGS et al.,<br><br>    *Intervenor-Defendants.* | Case Nos.   5:25-cv-00193-M<br>                5:24-cv-00731-M (lead)<br>                5:24-cv-00699-M<br><br>**LIST OF EXHIBITS IN SUPPORT OF VOTER PLAINTIFFS CARRIE CONLEY, LOCKHART WEBB, ELLA KROMM, GABRIELA ADLER-ESPINO, AND THE LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA'S OPENING BRIEF RE: APRIL 12, 2025 ORDER TO RESOLVE "REMAINING FEDERAL ISSUES" AND, IN THE ALTERNATIVE, SECOND MOTION FOR INJUNCTIVE RELIEF** |
| NORTH CAROLINA DEMOCRATIC PARTY,<br><br>    *Plaintiff,*<br><br>  v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br><br>    *Defendants*. | |

# EXHIBIT LIST

| | |
|---|---|
| Declaration of Plaintiff Carrie Conley | Ex. 1 |
| Declaration of Plaintiff Lockhart Webb | Ex. 2 |
| Declaration of Plaintiff Ella Kromm | Ex. 3 |
| Second Declaration of Jennifer Rubin, League of Women Voters of NC | Ex. 4 |
| Declaration of Alana Pierce, League of Women Voters of NC | Ex. 5 |
| Expert Report of Christopher A. Cooper, PhD | Ex. 6 |
| Second Declaration of Hayden Johnson, Esq. | Ex. 7 |
| Supplemental Expert Report of Christopher A. Cooper, PhD | Ex. 8 |