# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEN HIRSCH, et al.,<br><br>Defendants. | No. 5:25-cv-00193 |

### DECLARATION OF CARRIE CONLEY

I, Carrie Conley, hereby declare that the following is true and correct, is within my personal knowledge, and if called as a witness I am competent to testify thereto.

1. I am a registered North Carolina voter, a United States citizen, over the age of eighteen, and have never been convicted of a felony.

2. I voted in the November 2024 North Carolina general election, including the race for Seat Six on the North Carolina Supreme Court.

3. I was born and raised in High Point, North Carolina. I attended Appalachian State University for my undergraduate degree and received a master's degree from the University of North Carolina at Greensboro.

4. I registered to vote in Guilford County, North Carolina when I was 18 years old and have voted there in-person, absentee, or via the online military and overseas voter portal ever since.

5. In 2016, I married a soldier in the United States Army. After we married, I went to a Guilford County Department of Motor Vehicles office to update my North Carolina Driver's

license to my married name. While there, I also updated my voter registration to my married name and changed my party affiliation to Unaffiliated.

6. A few months after we married, my husband began coursework at the Naval Postgraduate School in Monterrey, California. He was then transferred to Fort Irwin near Barstow, California; Fort Bragg in Fayetteville, North Carolina; and is now active-duty stationed in Vicenza, Italy. I have moved with him to each of these locations and continued voting absentee from Guilford County.

7. As a military spouse, I realize I will have to move frequently because of the demands of my husband's service to our country. Rather than change my voter registration with each of our moves, I have maintained my Guilford County, North Carolina registration and voted there absentee – as is my right and because North Carolina is and always will be my home.

8. The first time I used the military and overseas online portal to vote was in the 2022 general election. I have since used the portal in both the primary and general elections in 2024.

9. I carefully read the instructions provided by elections officials in requesting, filling out, and casting my ballot and I made sure to follow those instructions so that my vote would count.

10. Neither the instructions to request my overseas ballot nor the instructions to submit my ballot via the online portal directed or prompted me to provide a photocopy of my photo identification.

11. The online portal, as far as I am aware, did not provide any means for submitting a photocopy of my photo identification along with my ballot.

12. I learned that Jefferson Griffin was challenging my vote via social media. I saw an Instagram post from Carolina Forward about his election protests, and I asked in the comments

section on the post how I might learn whether my name was on his list. Someone responded with a link to www.thegriffinlist.com.

13. Using the online search tool at www.thegriffinlist.com, I found my name among those Griffin had challenged in Guilford County. Worried for fellow servicemember families, I began searching the list for other North Carolina voters whom I know. None were on the list. I was confused about why my ballot was at risk of being tossed out but my friend and fellow military spouse, who lives across the street from us in Vicenza and also voted via the online portal, but who is registered to vote in Cumberland County, North Carolina, was not. I learned from reading news coverage that Griffin had not challenged all military and overseas voters, but only those of us from a handful of North Carolina counties. This is deeply unfair and wrong.

14. I have received no communication or notice of the challenge to my vote in the North Carolina Supreme Court race from Griffin or the North Carolina Republican Party. I have emailed Jefferson Griffin three times, and he never wrote back.

15. I am greatly distressed at Griffin's treatment of my fundamental right to vote. I was a History major in college, and have continued to be a student of history throughout my adult life. Both of my grandmothers were born before women could vote in this country, and I know that the struggle to extend voting rights to women and people of color has been long and hard-won. We have come so far as a country, and it makes me both sad and angry to feel as if we're going backwards – and that my own vote may fall victim to that backsliding.

16. Casting a ballot and seeing it counted in *every* race in which I voted is my right as a U.S. citizen and North Carolinian.

17. I believe and understand, as confirmed by the state of North Carolina, that I am an eligible, registered voter and that my vote in the November 2024 election was valid and should be counted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of April, 2025, in Vicenza, Italy.

*Carrie Conley*