# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, et al.,<br><br>Defendants. | No. 5:25-cv-00193 |

**DECLARATION OF LOCKHART WEBB**

I, Lockhart Webb, hereby declare that the following is true and correct, is within my personal knowledge, and if called as a witness I am competent to testify thereto.

1. I am a registered North Carolina voter, a United States citizen, over the age of eighteen, and have never been convicted of a felony.

2. I voted in the November 2024 North Carolina general election, including the race for Seat Six on the North Carolina Supreme Court.

3. I was born in Siler City, North Carolina and grew up in Colfax, North Carolina (the property is now part of Kernersville, but still in Guilford County). I attended Greensboro Day School, where my father was a teacher. I was a senior in high school during the 2000 election campaign and spent a great deal of classroom time discussing that contentious election. As a freshman in college, I followed the litigation related to this election, which made me acutely aware of the importance of every single vote.

4. I registered to vote in Guilford County, North Carolina as soon as I turned 18.

5. I voted absentee in Guilford County while I was in college, then lived and voted in a few different states before returning to North Carolina in 2019.

6. In 2019, I registered to vote at the Kernersville Department of Motor Vehicles while obtaining an updated North Carolina Driver's license with my Kernersville, North Carolina address.

7. That North Carolina address is the last place where I resided in the United States.

8. Later that year, I moved to Switzerland, where my husband began a Ph.D. program.

9. I have voted regularly in Guilford County while living overseas, including in primary elections in 2020 and 2024 and in general elections in 2020, 2022, and 2024.

10. I have always voted by submitting a Federal Post Card Application then submitting my ballot through the online portal available to overseas voters.

11. I carefully read the instructions provided by elections officials in requesting, filling out, and casting my ballot and I made sure to follow those instructions so that my vote would count.

12. Neither the instructions to request my overseas ballot nor the instructions to submit my ballot via the online portal directed or prompted me to provide a photocopy of my photo identification.

13. The online portal that I use to vote from overseas, as far as I am aware, did not provide any means for submitting a photocopy of my photo identification along with my ballot.

14. I understand that my vote has been protested by the losing candidate for the Supreme Court election, Jefferson Griffin, and that my vote has been assumed to be invalid for that election. This is distressing to me.

15. I am in the process of moving back to Guilford County, North Carolina with my husband. We are no longer living at the St-Sulpice address on file at the Guilford County Board of Elections, and we will be in transit over the next several weeks.

16. During that process while I am moving, in between consistent housing, and figuring out my plans for returning to North Carolina, it will be difficult for me to correspond with election officials and collect and provide further information.

17. It is very important to me that my lawful ballot be counted in the North Carolina Supreme Court Seat Six election, but I am concerned about how elections officials will provide notification to me about any additional hurdles I must clear in order for my vote in that race to count and about whether I will be able to take newly imposed steps to secure my vote during our transition from Switzerland to North Carolina.

18. I have received no communication from the Guilford County Board of Elections, the North Carolina State Board of Elections, Jefferson Griffin, or the North Carolina Republican Party about Griffin's challenge to my ballot. In fact, I only learned that Griffin was challenging my ballot one week ago, on April 5, from my sister's partner, who works at a voting rights organization in Washington, D.C.

19. Upon hearing this news, I went to the North Carolina State Board of Elections website to look for my name myself. I found my name on the spreadsheet of Griffin Challenged Voters after some difficulty.

20. Seeing my name on that list caused me great anger and distress, as I know I have followed all of the directions provided to me about how to cast my ballot and see it counted.

21. I believe it is important that all American citizens and all North Carolinians participate in our democracy and that all of our voices, including mine, be heard.

22. I believe and understand, as confirmed by the state of North Carolina, that I am an eligible, registered voter and that my vote in the November 2024 election was valid and should be counted.

23. On September 20, 2024, I received an email from Jane Dempsey, an election official in Guilford County, confirming my eligibility to vote as an overseas voter and the process for casting an overseas absentee ballot. That email did not instruct me to provide a photocopy of any ID. A redacted copy is attached as Ex. A.

24. This email from Mrs. Dempsey also included a pdf with further information and instructions for how to transmit my overseas absentee ballot. Those instructions also did not instruct me to provide a photocopy of my ID. It includes the Affirmation of Military or Overseas Voter. A redacted copy of this document is attached as Ex. B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14 day of April, 2025, in St-Sulpice, Switzerland.

_Lockhart Webb_

# EXHIBIT A



# Fwd: Absentee Ballot for November 5, 2024 General Election Attached

Sat, Apr 12, 2025 at 11:47 AM

---------- Forwarded message ---------
From: **Hart Webb**
Date: Sat, Apr 12, 2025 at 2:28 PM
Subject: Fwd: Absentee Ballot for November 5, 2024 General Election Attached

---------- Forwarded message ---------
From: **Jane Dempsey** <jdempse@guilfordcountync.gov>
Date: Fri, Sep 20, 2024 at 4:43 PM
Subject: Absentee Ballot for November 5, 2024 General Election Attached
To: Hart Webb <

Dear Lockhart Patterson Webb,

The Guilford County Board of Elections thanks you for your interest in voting. Per your most recent FPCA request or extension, your absentee ballot for the November 5th, 2024 General Election is being emailed to you. The attached ballot is for active Military OR Overseas Voters. If your Guilford County voting residence address has changed or if you are no longer eligible to receive voting materials by email for one of the following reasons, please notify our office.

(1) You are no longer an active member of the Uniformed Services (or an eligible spouse or dependent)

(2) You are no longer an Activated National Guard member on State orders

(3) You are no longer residing outside the US.

You will find the absentee ballot and instructions attached. Please carefully read ALL of the instructions before completing your ballot. The instructions include information regarding returning your ballot by mail, email, fax, or Absentee Portal and the required Affirmation of Military-Overseas Voter and the Electronic Transmission and Privacy Waiver. If you return your ballot by mail, email, or fax, you must print and complete the ballot as well as the Affirmation of Military-Overseas Voter and the Electronic Transmission Sheet and Privacy Waiver. Your signature is required on both forms. A font or typed signature is not acceptable. If you return your ballot via the Absentee Portal, please follow the Portal instructions regarding submitting your ballot.

If you have any questions, please contact our office. You may email your questions directly to me, but do not email the ballot to this email address.



**Jane Dempsey**
**Assistant Absentee Voting Manager**
**Board of Elections**

**Guilford County Government**
P.O. Box 3427, Greensboro, NC 27402
336-641-6876 | f: 336-641-4454
jdempse@guilfordcountync.gov | www.guilfordelections.org | www.guilfordcountync.gov



E-mail correspondence to and from this address may be subject to the North Carolina Public Records Law and may be disclosed to third parties by an authorized county official. If you have received this communication in error, please do not distribute it. Please notify the sender by E-mail at the address shown and delete the original message.




WEBB-OVR-231.pdf
1452K

# EXHIBIT B



OFFICIAL ELECTION MATERIAL

**GUILFORD COUNTY BOARD OF ELECTIONS**
P O BOX 3427
GREENSBORO, NC 27402-3427
Phone: 336-641-3836  Fax: 336-641-7676  Email: absentee@ncsbe.gov

WEBB - OVR-231

## ABSENTEE BALLOT TRANSMISSION

**TO:** LOCKHART PATTERSON WEBB

**Email:**
**Fax:**

**FROM:** GUILFORD COUNTY BOARD OF ELECTIONS

**SUBJECT:** Absentee Balloting Materials for 11/05/2024 GENERAL Election

**DATE:** 09/20/2024

**COMMENTS:**

---

Please find enclosed or attached the absentee balloting materials for the  **11/05/2024 GENERAL Election**.
The following materials will help you successfully complete the absentee voting process:

- Official blank ballot (normally multiple pages)
- Military or Overseas Absentee Voting Instructions
- Absentee Ballot Container-Return Envelope (if absentee materials sent to you via mail)
- Affirmation of Military or Overseas Voter (use only if you return balloting materials electronically)
- Electronic Transmittal/Waiver Form (use only if you return balloting materials electronically)
- Postage-Paid Envelope Template

If you do not receive all items, contact our office **as soon as possible**. Read all instructions carefully before transmitting your ballot. Failure to complete a necessary step may result in your ballot not being counted.

---

| ELECTION DAY | BALLOT SUBMISSION DEADLINE | IMPORTANT |
|---|---|---|
| 11/05/2024 | 11/05/2024, 7:30 P.M. | |

To be valid, a Military or Overseas ballot shall <u>either</u> be received by the appropriate county board of elections no later than the close of the polls (7:30 p.m. EST) on the date of the election, <u>or</u> the covered voter shall submit the ballot for mailing, electronic transmission, or other authorized means of delivery not later than 12:01 A.M., at the place where the voter completes the ballot, on the date of the election.

Please check the website below to see the status of your absentee ballot:

**www.NCSBE.gov**

As an eligible Military or Overseas voter, you will continue to receive ballots for all elections for which you are eligible until December 31, 2024. In order to retain your Military or Overseas absentee voter status, please submit a new Federal Postcard Application (available at www.NCSBE.gov) each year in order to receive absentee ballots for that year. You may also visit www.FVAP.gov for more information on Military and Overseas Citizens Absentee Voting.

NCSBE APR 2022

Call 1-866-522-4723 or visit www.NCSBE.gov
to check your absentee status.

UOCAVA Page 1



**GUILFORD COUNTY BOARD OF ELECTIONS**
P O BOX 3427
GREENSBORO, NC 27402-3427
Phone: 336-641-3836 • Fax: 336-641-7676 • Email: absentee@ncsbe.gov

OFFICIAL ELECTION MATERIAL

WEBB - OVR-231

## MILITARY OR OVERSEAS ABSENTEE VOTING INSTRUCTIONS

### Vote Your Ballot

PLEASE USE A BLACK BALLPOINT PEN ONLY to mark your ballot. If you mark your ballot incorrectly, or if you tear, deface or in any way spoil the ballot, contact your county board of elections. A replacement ballot will be transmitted to you if time permits. Once your voted ballot has been returned, you may not withdraw it.

### Option 1 (Preferred Option) – Return Your Ballot Using the North Carolina Military or Overseas Voter Portal

All military or overseas voters are eligible to access and return their ballot in the North Carolina Portal. To login and access this ballot online, visit NCSBE.GOV. You will be able to complete the Affirmation of Military or Overseas Voter in the portal.

### Option 2 - Return Your Ballot by Mail

Place your ballot in the Container-Return envelope (if one was mailed to you), seal the envelope, and sign and complete the **Affirmation of Military or Overseas Voter** on the back of the envelope. If you do not sign the affirmation, your ballot will not be counted. Mail your ballot to the county board of elections by the deadline referenced below.

#### Special Mailing Instructions

**No Container-Return Envelope?**
If you do not have a Container-Return envelope, sign and complete the **Affirmation of Military or Overseas Voter** on page 4 of these absentee materials. Enclose the affirmation and your voted ballot inside of a regular envelope and affix the preaddressed, postage paid envelope template attached to these materials to the outside of the envelope. Mail the ballot to:

GUILFORD COUNTY BOE
ATTN: ABSENTEE BALLOT RETURN
P O BOX 3427
GREENSBORO, NC 27402-3427
UNITED STATES OF AMERICA

**Not using U.S. Postal Service?**
If you need to send the ballot using an expedited or express mail-delivery service, please mail to our physical address:

MILITARY OR OVERSEAS ABSENTEE BALLOT RETURN
GUILFORD COUNTY BOE
301 W. MARKET ST, ROOM 115
GREENSBORO, NC 27401
UNITED STATES OF AMERICA

### Option 3 - Return Your Ballot by Fax or Email

To transmit your ballot by fax or email, **COMPLETE** and **SIGN** the *Affirmation of Military or Overseas Voter* on page 4 of these absentee materials. Complete and sign the *Electronic Transmission Sheet & Privacy Waiver* enclosed and fax or email the transmission pages of your ballot and the *Affirmation of Military or Overseas Voter* to:

Fax: 1-919-715-0351

Email: absentee@ncsbe.gov

Type the following in the subject line:
**GUILFORD COUNTY - WEBB - OVR-231**

### Deadline to Return Your Ballot: 11/05/2024 , 7:30 P.M.

Ballots (including Federal Write-in Absentee Ballots) must be <u>received</u> no later than the close of polls (7:30 P.M.) on Election Day, 11/05/2024 or you must mail the ballot or electronically submit it not later than 11/05/2024 , by 12:01 A.M., at the place where you complete the ballot. NO POSTMARK IS REQUIRED. Mailed ballots submitted by this deadline will be timely if received by the county board of elections by close of business on the day before county canvass. County canvass is 11/15/2024 . Ballots that are faxed, emailed, or submitted through the portal must be <u>received</u> by 7:30 P.M. EST on Election Day.

NCSBE APR 2022
UOCAVA Page 2
Call 1-866-522-4723 or visit www.NCSBE.gov to check the status of your absentee ballot.

Case 5:24-cv-00731-M-RJ    Document 82-3    Filed 04/21/25    Page 11 of 16



# USE ONLY IF TRANSMITTING YOUR BALLOT BY FAX OR EMAIL

Official Election Materials - GUILFORD COUNTY, NC

## Electronic Transmission Sheet/Privacy Waiver

**Number of Pages Being Transmitted:** _____

**TO:** GUILFORD COUNTY BOARD OF ELECTIONS

**FAX:** 1-919-715-0351
**EMAIL:** absentee@ncsbe.gov

*ABS-41-1415149*

ABS-41-1415149
Guilford - OVR-231
PCT/VTD: NDRI / NDRI
11/05/2024 GENERAL
BALLOT: B0052
MUNI:

**Note:**
Type the following in the subject:
**GUILFORD COUNTY - WEBB - OVR-231**

**FROM:** WEBB / LOCKHART / PATTERSON
Last Name / First Name / Middle Name

_____ Address / Unit/Ship / Postal Code / APO/FPO
_____ City / State / Zip / Country
_____ Email / Telephone / Fax

**Service:** ☐ Army ☐ Navy ☐ Marines ☐ Air Force ☐ Coast Guard ☐ Merchant Marine ☐ Overseas Citizen
☐ Other: _____

## PRIVACY WAIVER

I understand that by electronically submitting my marked ballot, I am voluntarily waiving a portion of the secrecy of my ballot only to the extent necessary to process my ballot.

_____ Voter's Signature / Date

This transmission includes an official ballot and is intended for receipt and viewing by Elections Officials only. If you receive this electronic transmission in error, please contact the **State Board of Elections Office** at 1-866-522-4723 or absentee@ncsbe.gov. Any effort to interfere with the transmission of this electronic document or distribution of the contents of this document to anyone other than the appropriate elections official is a violation of State and Federal Criminal Statutes, and may result in criminal prosecution, imprisonment, and fines.

NCSBE APR 2022 — UOCAVA Page 3
Call 1-866-522-4723 or visit www.NCSBE.gov to check your absentee status.

Case 5:24-cv-00731-M-RJ    Document 82-3    Filed 04/21/25    Page 12 of 16



OFFICIAL ELECTION MATERIAL

## GUILFORD COUNTY BOARD OF ELECTIONS
P O BOX 3427
GREENSBORO, NC 27402-3427
Phone: 336-641-3836  Fax: 336-641-7676  Email: absentee@ncsbe.gov

WEBB - OVR-231

## AFFIRMATION OF MILITARY OR OVERSEAS VOTER

I *swear* or *affirm*, under penalty of perjury, that:

1. The information on this declaration is true and complete to the best of my knowledge. I understand that a material misstatement of fact in completion of this document may constitute grounds for conviction of perjury.
2. I am a member of the Uniformed Services or merchant marine on active duty or an eligible spouse or dependent of such a member, or a U.S. citizen who is outside the U.S.
3. I am eligible to use the address on this application as my legal voting residence.
4. I am a U.S. citizen, am at least 18 years of age (or will be by the day of the general election) and am eligible to vote in the requested jurisdiction.
5. I have not been convicted of a felony, or if so, I have completed my sentence (including any probation, post-release supervision, or parole).
6. I am not registering, requesting a ballot, or voting in any other jurisdiction in the United States.
7. I have voted and sealed this ballot in private and have not allowed any person to observe the marking of this ballot, except for those authorized to assist voters under State or Federal law and I have not been influenced.
8. My signature and date below indicate when I completed this document, and I understand that to be valid, a military or overseas ballot shall either be received by the appropriate county board of elections no later than the close of the polls, or I shall submit the ballot for mailing, electronic transmission, or other authorized means of delivery not later than 12:01 A.M., at the place where the voter completes the ballot, on the date of the election.

If I am voting in a primary, I certify that I am affiliated with the party shown, or if unaffiliated, I am requesting to participate in said party primary.

PRIMARY PARTY PREFERENCE: DEM

I further certify that the following is my official residential voting address:

[address redacted]

X _____   _____   _____
Signature *(Required)*              Date                       Time

_____
Email Address *(optional – read below)*

At your discretion, you may provide us with your email address. Your email address is not a public record and may be used only for official communication with you about the voting process, including transmitting Military or Overseas ballots and election materials if you have requested electronic transmission, and verifying your mailing address and physical location. Any other use or disclosure of your email address is prohibited.

☐ I request to receive absentee ballots for all elections for which I am eligible through December of next year. This option is only available if you provide an email above and select one of the following delivery options.
Please send ballots via: ☐ Email or online  ☐ Fax

For Official Use Only

OVR-231
BALLOT: B0052
LOCKHART PATTERSON WEBB         MUNI:           _____
PCT/VTD: NDRI / NDRI                             Ballot Approval Date
11/05/2024 GENERAL

*ABS-41-1415149*
ABS-41-1415149

NCSBE MAY 2023                                                UOCAVA Page 4
Call 1-866-522-4723 or visit www.NCSBE.gov to check your absentee status.



# Postage-Paid Envelope Template -- Instructions to Voter:

Below is a Postage Paid Envelope from the Federal Voting Assistance Program (FVAP) website:

http://www.fvap.gov/resources/media/returnenvelope.pdf

The postage paid envelope may be used if mailed in the U.S. Postal System, which includes all U.S. Military post offices (APO/FPO) overseas or through the diplomatic pouch available at U.S. embassies/consulates. You must affix appropriate postage if using international mail. You may fold or cut the envelope graphic from this page and attach to an envelope. If it is available, you may also use the envelope portion of the Federal Write-in Absentee Ballot to transmit the ballot and ballot materials to the county board of elections.

Along with your voted ballot, be sure to include your signed **AFFIRMATION OF MILITARY OR OVERSEAS VOTER**.

---

**NAME AND COMPLETE ADDRESS**

_____
_____
_____
_____

**US POSTAGE PAID**
**39 USC 3406**

**PAR AVION**

**OFFICIAL ABSENTEE BALLOTING MATERIAL - FIRST-CLASS MAIL**

NO POSTAGE NECESSARY IN THE U.S. MAIL - DMM 703.8.0

**TO** _____

_____

_____

---

NCSBE APR 2022                                                                                                    UOCAVA Page 5
Call 1-866-522-4723 or visit www.NCSBE.gov to check your absentee status.

Case 5:24-cv-00731-M-RJ    Document 82-3    Filed 04/21/25    Page 14 of 16

**Official Ballot**
Guilford County, North Carolina
November 5, 2024

OVR-231
NDR1 / NDR1


Chair, Guilford County
Board of Elections

B0052

**BALLOT MARKING INSTRUCTIONS**
A. With the marking device provided or a black ball point pen, completely fill in the oval to the left of each candidate or selection of your choice as shown.
B. Where authorized, you may write in a candidate by filling in the oval and writing the name on the Write-in line.
C. If you tear, deface or wrongly mark this ballot, return it to request a replacement.



## PARTISAN ELECTIONS

### President and Vice President of the United States
(You may vote for ONE)

- ○ **Kamala D. Harris / Tim Walz** — Democratic Party
- ○ **Chase Oliver / Mike ter Maat** — Libertarian Party
- ○ **Jill Stein / Rudolph Ware** — Green Party
- ○ **Randall Terry / Stephen E. Broden** — Constitution Party
- ○ **Donald J. Trump / JD Vance** — Republican Party
- ○ **Cornel West / Melina Abdullah** — Justice for All Party
- ○ _____ Write-in

### US House of Representatives District 6
(You may vote for ONE)

- ○ **Kevin E. Hayes** — Constitution Party
- ○ **Addison McDowell** — Republican Party

### NC Governor
(You may vote for ONE)

- ○ **Mark Robinson** — Republican Party
- ○ **Mike Ross** — Libertarian Party
- ○ **Vinny Smith** — Constitution Party
- ○ **Josh Stein** — Democratic Party
- ○ **Wayne Turner** — Green Party

### NC Lieutenant Governor
(You may vote for ONE)

- ○ **Rachel Hunt** — Democratic Party
- ○ **Wayne Jones** — Constitution Party
- ○ **Hal Weatherman** — Republican Party
- ○ **Shannon W. Bray** — Libertarian Party

### NC Attorney General
(You may vote for ONE)

- ○ **Jeff Jackson** — Democratic Party
- ○ **Dan Bishop** — Republican Party

### NC Auditor
(You may vote for ONE)

- ○ **Bob Drach** — Libertarian Party
- ○ **Jessica Holmes** — Democratic Party
- ○ **Dave Boliek** — Republican Party

### NC Commissioner of Agriculture
(You may vote for ONE)

- ○ **Sean Haugh** — Libertarian Party
- ○ **Sarah Taber** — Democratic Party
- ○ **Steve Troxler** — Republican Party

### NC Commissioner of Insurance
(You may vote for ONE)

- ○ **Natasha Marcus** — Democratic Party
- ○ **Mike Causey** — Republican Party

### NC Commissioner of Labor
(You may vote for ONE)

- ○ **Luke Farley** — Republican Party
- ○ **Braxton Winston II** — Democratic Party

### NC Secretary of State
(You may vote for ONE)

- ○ **Elaine Marshall** — Democratic Party
- ○ **Chad Brown** — Republican Party

### NC Superintendent of Public Instruction
(You may vote for ONE)

- ○ **Maurice (Mo) Green** — Democratic Party
- ○ **Michele Morrow** — Republican Party

### NC Treasurer
(You may vote for ONE)

- ○ **Wesley Harris** — Democratic Party
- ○ **Brad Briner** — Republican Party

### NC Supreme Court Associate Justice Seat 6
(You may vote for ONE)

- ○ **Jefferson G. Griffin** — Republican Party
- ○ **Allison Riggs** — Democratic Party

### NC Court of Appeals Judge Seat 12
(You may vote for ONE)

- ○ **Tom Murry** — Republican Party
- ○ **Carolyn Jennings Thompson** — Democratic Party

### NC Court of Appeals Judge Seat 14
(You may vote for ONE)

- ○ **Ed Eldred** — Democratic Party
- ○ **Valerie Zachary** — Republican Party

### NC Court of Appeals Judge Seat 15
(You may vote for ONE)

- ○ **Chris Freeman** — Republican Party
- ○ **Martin E. Moore** — Democratic Party

### NC State Senate District 26
(You may vote for ONE)

- ○ **Steve Luking** — Democratic Party
- ○ **Alvin Robinson** — Constitution Party
- ○ **Philip E. (Phil) Berger** — Republican Party

### NC House of Representatives District 62
(You may vote for ONE)

- ○ **Marjorie Benbow** — Democratic Party
- ○ **John M. Blust** — Republican Party

**Continue voting next side →**

Case 5:24-cv-00731-M-RJ   Document 82-3   Filed 04/21/25   Page 15 of 16

## NC Superior Court Judge District 24B Seat 1
(You may vote for ONE)

- ○ Georgia Nixon — Republican Party
- ○ Stephanie Reese — Democratic Party

## NC District Court Judge District 24 Seat 3
(You may vote for ONE)

- ○ Ashley Watlington-Simms — Democratic Party

## NC District Court Judge District 24 Seat 4
(You may vote for ONE)

- ○ Caroline Tomlinson-Pemberton — Democratic Party

## NC District Court Judge District 24 Seat 5
(You may vote for ONE)

- ○ Walter W. (Trip) Baker III — Democratic Party

## NC District Court Judge District 24 Seat 6
(You may vote for ONE)

- ○ Michelle Fletcher — Democratic Party

## NC District Court Judge District 24 Seat 7
(You may vote for ONE)

- ○ Angela C. Foster — Democratic Party

## NC District Court Judge District 24 Seat 8
(You may vote for ONE)

- ○ Angela Bullard (Angie) Fox — Democratic Party

## NC District Court Judge District 24 Seat 9
(You may vote for ONE)

- ○ Tabatha Holliday — Democratic Party

## NC District Court Judge District 24 Seat 10
(You may vote for ONE)

- ○ Charlene Y. Armstrong — Democratic Party

## NC District Court Judge District 24 Seat 11
(You may vote for ONE)

- ○ Bill Davis — Democratic Party

## NC District Court Judge District 24 Seat 12
(You may vote for ONE)

- ○ Kelvin Smith — Democratic Party

## NC District Court Judge District 24 Seat 13
(You may vote for ONE)

- ○ Brian Tomlin — Democratic Party

## NC District Court Judge District 24 Seat 14
(You may vote for ONE)

- ○ Tomakio S. Gause — Democratic Party

## Guilford County Board of Commissioners District 6
(You may vote for ONE)

- ○ Maritza Gomez — Republican Party
- ○ Brandon Gray-Hill — Democratic Party

## Guilford County Register of Deeds
(You may vote for ONE)

- ○ Jeff L. Thigpen — Democratic Party

## NONPARTISAN ELECTIONS

## Guilford County Soil and Water Conservation District Supervisor
(You may vote for ONE)

- ○ Ray Briggs
- ○ _____ Write-in

## REFERENDA

### Constitutional Amendment

Constitutional amendment to provide that only a citizen of the United States who is 18 years of age and otherwise possessing the qualifications for voting shall be entitled to vote at any election in this State.

- ○ For
- ○ Against

### Guilford County Local Sales and Use Tax

Local sales and use tax at the rate of one-quarter percent (0.25%) in addition to all other State and local sales and use taxes.

- ○ For
- ○ Against

## End of Ballot