# EXHIBIT 5

Docusign Envelope ID: 9C56CF1B-E0EE-4B4A-A849-210E974247A0

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, et al.<br><br>Defendants. | No. 5:25-cv-00193 |

### **DECLARATION OF ALANA PIERCE**

I, Alana Pierce, hereby declare that the following is true and correct, is within my personal knowledge, and if called as a witness I am competent to testify thereto.

1. I am a registered North Carolina voter, a United States citizen, over the age of eighteen, and have never been convicted of a felony.

2. I voted in the November 2024 North Carolina general election, including the race for Seat Six on the North Carolina Supreme Court, as a legal resident of Buncombe County.

3. In the 2024 North Carolina general election, I voted using North Carolina's overseas voting platform, because I am currently located in Montreal, Canada while I finish my PhD program in business administration.

4. I have lived in Montreal since 2019, and expect to finish my PhD program at the end of 2025.

5. After I finish my program, I plan to return to my home, North Carolina.

Docusign Envelope ID: 9C56CF1B-E0EE-4B4A-A849-210E974247A0

6. I was born in Illinois in 1979 and lived there until moving to Wisconsin for college, where I first registered to vote.

7. In 2002, I moved to Asheville, North Carolina and registered to vote there. I have maintained a permanent residence in North Carolina and have been registered to vote in North Carolina ever since.

8. I have been an active member of the League of Women Voters of North Carolina since about 2015, which I joined because upholding the principles of democracy is really important to me.

9. Specifically, I am active with the Asheville-Buncombe County chapter because I live in Buncombe County. I served as the Asheville-Buncombe League president from approximately 2017 to 2019.

10. In the time that I have been living in Montreal for my PhD program, I have usually reached out to the North Carolina State Board to request approval to vote absentee from abroad.

11. In the 2024 general election, I received instructions from the State Board to vote absentee. I followed the instructions to vote via the online portal and cast my ballot.

12. I am a detail-oriented person. I always check my work and ensure that any information I submit on government forms is accurate. I closely followed all the instructions I was given by election officials to cast my ballot.

13. Neither the instructions to request my overseas ballot nor the instructions to submit my ballot via the online portal directed or prompted me to provide a photocopy of my photo identification.

Docusign Envelope ID: 9C56CF1B-E0EE-4B4A-A849-210E974247A0

14. The online portal that I used to vote from overseas, as far as I am aware, did not provide any means for submitting a photocopy of my photo identification along with my ballot.

15. In February of 2025, I learned that I was on Judge Griffin's challenged voters lists via an email from my friend whose house I stay in and consider my residence during my time back in Asheville from my PhD program in Montreal. This house also serves as my North Carolina address for my voter registration.

16. My name appears on two of Griffins' challenge lists. It is on the list of the challenged overseas and military voters as well as the list of voters from Buncombe County with alleged "Incomplete Voter Registration Information."

17. I believe and understand, as confirmed by the state of North Carolina, that I am an eligible, registered voter and that my vote in the November 2024 election was valid and should be counted.

18. It is very important to me that my lawful ballot be counted in the North Carolina Supreme Court Seat Six election. I am deeply upset that I am being required to clear additional hurdles in order for my vote in that race to count. I feel like I am being singled out to make it harder for me to vote for no valid reason, even though I have followed all the directions I have been given by election officials. I am now distrustful that my vote will be counted even if I do my best to follow the directions of any hastily organized "cure" process.

19. Voting is very important to me, and I try to exercise this right every time I have the opportunity, at both primaries and general elections. To me, voting means having a voice, and all voices deserve to be heard. Through my vote I give elected officials the power to represent me and the interests of my community—a community that is still recovering from the devastation of Hurricane Helene in 2024.

Docusign Envelope ID: 9C56CF1B-E0EE-4B4A-A849-210E974247A0

20. I am upset that my vote has been singled out and will not count unless I go through additional steps. As a voter living abroad, these additional steps are a burden to me. It is even more frustrating that I am having to do these additional steps several months after the election and just because I happened to vote in a county that Griffin targeted.

21. I followed all the rules and voted in the 2024 general election. Based on the law in place at that time, my vote counted, and there is no reason it should not continue to count.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13 day of April in Stryn, Norway.

DocuSigned by:

*Alana Pierce*
—75FC8D0A59AA469...
Alana Pierce