# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY et al., <br><br>*Plaintiffs,* <br><br>v. <br><br>ALAN HIRSCH et al., <br><br>*Defendants.* | |
| JEFFERSON GRIFFIN, <br><br>*Plaintiff*, <br><br>v. <br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br>*Defendant*, <br><br>and <br><br>ALLISON RIGGS et al., <br><br>*Intervenor-Defendants*. | Case Nos.    5:25-cv-00193-M <br>                 5:24-cv-00731-M (lead) <br>                 5:24-cv-00699-M <br><br> **[PROPOSED] ORDER** |
| NORTH CAROLINA DEMOCRATIC PARTY, <br><br>*Plaintiff*, <br><br>v. <br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al., <br><br>*Defendants*. | |

# [PROPOSED] ORDER

It is hereby ORDERED that Plaintiffs' motion for injunctive relief is GRANTED. Defendants and their agents are hereby enjoined from (1) retroactively applying the post-election changes in election procedures to the 2024 Seat Six election to presumptively invalidate, discard, encumber, or otherwise not count the votes cast by Plaintiffs and all other members of the proposed Class in that election; (2) requiring Plaintiffs and all other members of the proposed Class to provide additional "verification" that their votes were lawful in order for those votes to be counted in the 2024 Seat Six election, and issue related declaratory relief; and (3) certifying Jefferson Griffin as the winner of the 2024 Seat Six election. No security shall be required for the foregoing relief to issue.

SO ORDERED. This _____ day of _____, 2025.

_____
HON. RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE