# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NO. 5:24cv7-31** |
| ) | |
| NORTH CAROLINA STATE BOARD OF ) | |
| ELECTIONS ) | |
| ) | |
| Defendant. ) | |
| ) | |
| and ) | |
| ) | |
| ALLISON RIGGS, et. al. ) | |
| _____) | |
| Intervernor-Defendants ) | |

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

State Democracy Defenders Fund, on behalf of the parties listed in Exhibit A, respectfully moves the Court for leave to file the accompanying proposed amicus curiae brief.

A proposed amicus curiae brief is attached to this motion as Exhibit A. Pursuant to Local Rule 7.1(e), the Statement of Interest contained in Exhibit A is incorporated by reference as an accompanying memorandum to this Motion. As shown in the Statement of Interest, the Amici have a special interest in this matter. They are interested in the issue of whether the North Carolina Supreme Court's order in this matter violates the Equal Protection and Due Process clauses of the United States Constitution.

The undersigned have received consent from counsel for Intervenor-Defendants Juanita Anderson, North Carolina Alliance for Retired Americans, Sarah Smith, VoteVets Action Fund, Hon. Allison Riggs, Plaintiffs, Hon. Jefferson Griffin, North Carolina Democratic Party, and

1

Defendant North Carolina State Board of Elections. Amici attempted to secure consent from the remaining parties to this action, but were unable to do so prior to filing.

Dated: April 21, 2025

>Respectfully submitted,
>
>/s/ William D. Smith
>William D. Smith, Fed ID: 14014
>State Bar No. 61488
>William C. McKinney, Fed ID: 15580 N.C.
>State Bar No. 046254
>Haynsworth Sinkler Boyd, P.A. ONE North
>Main, 2nd Floor Greenville, South Carolina
>29601 Telephone: (864) 240-3200
>wsmith@hsblawfirm.com
>wmckinney@hsblawfirm.com
>
>*Local Civil Rule 83.1(d) Attorney for Amicus Curiae*
>
>/s/Norman Eisen
>Norman Eisen
>Pooja Chaudhuri
>Spencer Klein
>Jon Greenbaum
>*Pro hac vice applications forthcoming*
>State Democracy Defenders Fund 600
>Pennsylvania Avenue SE #15180
>Washington, DC 20003
>norman@statedemocracydefenders.org
>pooja@statedemocracydefenders.org
>spencer@statedemocracydefenders.org
>jgreenbaum@justicels.com
>
>*Counsel for Amici Curiae*

## **CERTIFICATE OF SERVICE**

I certify that on this April 21, 2025, I filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will automatically serve electronic copies on all counsel of record.

/s/William D. Smith
William D. Smith, Fed ID: 14014
N.C. State Bar No. 61488
William C. McKinney, Fed ID: 15580
N.C. State Bar No. 046254
Haynsworth Sinkler Boyd, P.A.
ONE North Main, 2nd Floor
Greenville, South Carolina 29601
Telephone: (864) 240-3200
wmckinney@hsblawfirm.com
wsmith@hsblawfirm.com