AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the Eastern District of North Carolina
Western Division

| | |
|---|---|
| JEFFERSON GRIFFIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTH CAROLINA STATE BOARD OF ) <br> ELECTIONS ) <br> ) <br> Defendant. ) <br> ) <br> and ) <br> ) <br> ALLISON RIGGS, et. al. ) <br> ) <br> Intervernor-Defendants ) | NO. 5:24cv731 |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State Democracy Defenders Fund.

Date: April 22, 2025

s/ William C. McKinney
*Attorney's signature*

William C. McKinney, Fed. Id. No.: 11580
*Printed name and bar number*

Haynsworth Sinkler Boyd, P.A.
ONE North Main, 2nd Floor
Greenville, SC 29601
*Address*

wmckinney@hsblawfirm.com
*E-mail address*

864-240-3220
*Telephone number*

864-240-3300
*FAX number*

Case 5:24-cv-00731-M-RJ    Document 88    Filed 04/22/25    Page 1 of 1