# UNITED STATES DISTRICT COURT
for the Eastern District of North Carolina
Western Division

| | |
|---|---|
| JEFFERSON GRIFFIN, <br><br> Plaintiff, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS <br><br> Defendant. <br><br> and <br><br> ALLISON RIGGS, et. al. <br><br> Intervernor-Defendants | NO. 5:24cv731 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State Democracy Defenders Fund.

Date: April 22, 2025

*s/ William D. Smith*
Attorney's signature

William D. Smith, Fed. Id. No.: 14014
Printed name and bar number

Haynsworth Sinkler Boyd, P.A.
ONE North Main, 2nd Floor
Greenville, SC 29601
Address

wsmith@hsblawfirm.com
E-mail address

864-240-3220
Telephone number

864-240-3300
FAX number