IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN HIRSCH et al., <br><br> *Defendants*. | |
| JEFFERSON GRIFFIN, <br><br> *Plaintiff*, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br> *Defendant*, <br><br> and <br><br> ALLISON RIGGS et al., <br><br> *Intervenor-Defendants*. | Case Nos.   5:25-cv-00193-M <br>            5:24-cv-00731-M (lead) <br>            5:24-cv-00699-M <br><br> **NOTICE OF SPECIAL APPEARANCE** |
| NORTH CAROLINA DEMOCRATIC PARTY, <br><br> *Plaintiff*, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS et al., <br><br> *Defendants*. | |

## NOTICE OF SPECIAL APPERANCE

Please take notice that the undersigned Stacey Leyton hereby enters a notice of special appearance as attorney for Carrie Conley, Lockhart Webb, Ella Kromm, Gabriela Adler-Espino, and the League of Women Voters of North Carolina in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Jessica A. Marsden.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: April 22, 2025

Respectfully Submitted,

/s/ *Stacey Leyton*
Stacey Leyton
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Telephone: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
California Bar No. 203827
*Attorney for Plaintiffs Carrie Conley, Lockhart Webb, Ella Kromm, Gabriela Adler-Espino, and the League of Women Voters of North Carolina*

/s/ *Jessica A. Marsden*
Jessica A. Marsden
Protect Democracy Project
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
jess.marsden@protectdemocracy.org

Telephone: (202) 579-4582
Fax: (202) 769-3176
N.C. Bar No. 50855

*Local Civil Rule 83.1(d) Attorney for Plaintiffs Carrie Conley, Lockhart Webb, Ella Kromm, Gabriela Adler-Espino, and the League of Women Voters of North Carolina*