UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br>    *Plaintiff*,<br>v.<br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br>    *Defendant*,<br>and<br>ALLISON RIGGS, VOTEVETS ACTION FUND, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, SARAH SMITH, and JUANITA ANDERSON,<br>    *Intervenor-Defendants*. | Case No. 5:24-cv-00731-M (lead) |
| NORTH CAROLINA DEMOCRATIC PARTY,<br>    *Plaintiff*,<br>v.<br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br>    *Defendants*. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br>    *Plaintiffs*,<br>v.<br>ALAN HIRSCH et al.,<br>    *Defendants*. | Case No. 5:25-cv-00193-M-RJ |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Thomas R. McCarthy hereby enters a notice of special appearance as attorney for Judge Jefferson Griffin in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Craig D. Schauer.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: April 25, 2025

Respectfully submitted,

*/s/ Thomas R. McCarthy*

Thomas R. McCarthy
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
VA Bar. No. 47154
Attorney for Judge Jefferson Griffin

*/s/ Craig D. Schauer*

Craig D. Schauer
Dowling PLLC
3801 Lake Boone Trial, Suite 260
919 529-3351
cschauer@dowlingfirm.com
NC Bar. No. 41571
Local Civil Rule 83.1(d) Attorney for
Judge Jefferson Griffin

2