# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>*Defendant*,<br><br>and<br><br>ALLISON RIGGS et al.,<br><br>*Intervenor-Defendants*. | Case No. 5:24-cv-00731-M-RJ |
| NORTH CAROLINA DEMOCRATIC PARTY,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br><br>*Defendants*. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALAN HIRSCH et al.,<br><br>*Defendants*. | Case No. 5:25-cv-00193-M-RJ |

# [PROPOSED] ORDER

This matter having come before the Court by motion of proposed *amicus curiae* Secure Families Initiative, seeking leave to file an amicus brief in the above captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow *amicus* participation.

The Motion for Leave to File *Amicus Curiae* Brief by Secure Families Initiative in Support of Injunctive Relief is hereby GRANTED.

SO ORDERED this ____ day of _____, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT COURT JUDGE