IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> ALAN HIRSCH et al., <br><br> *Defendants.* | |
| JEFFERSON GRIFFIN, <br><br> *Plaintiff*, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br> *Defendant*, <br><br> and <br><br> ALLISON RIGGS et al., <br><br> *Intervenor-Defendants*. | Case Nos.    5:25-cv-00193-M <br> 5:24-cv-00731-M (lead) <br> 5:24-cv-00699-M |
| NORTH CAROLINA DEMOCRATIC PARTY, <br><br> *Plaintiff*, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS et al., <br><br> *Defendants.* | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Carrie Conley, Lockhart Webb, Ella Kromm, Gabriela Adler Espino, League of Women Voters of North Carolina.

Date: April 28, 2025

/s/ Samuel Jacob Davis
Samuel Jacob Davis
NC Bar: 57289
Election Law Clinic at
Harvard Law School
6 Everett Street,
Cambridge, MA, 02138
sadavis@law.harvard.edu
Telephone: (631) 807-2327