UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00731-M

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>        Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>        Defendant,<br><br>        and<br><br>ALLISON RIGGS, et al.,<br><br>        Intervenor-Defendants. | **STATE BOARD'S<br>NOTICE OF NO REPLY**<br><br>**Case No. 5:24-cv-00731-M** |
| NORTH CAROLINA DEMOCRATIC PARTY,<br><br>        Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,<br><br>        Defendants. | **Case No. 5:24-cv-00699-M** |
| CARRIE CONLEY, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH, et al.,<br><br>        Defendants. | **Case No. 5:25-cv-00193-M** |

Defendants North Carolina State Board of Elections, its members, and its executive director ("State Board") respectfully submit this notice of no reply in response to Judge Griffin's response [D.E. 104] regarding this Court's April 12, 2025 Order directing the parties to address the remaining federal issues. The State Board has reviewed the arguments contained within Judge Griffin's response and determined that the prior briefing submitted by the State Board [D.E. 83, 99], as well as the briefing submitted by the other parties in this consolidated action [D.E. 78, 82, 83, 87, 100. 101, 102, 103], adequately addresses Judge Griffin's response.

The State Board notes that there are various filings with distinct motions and requested relief before the Court.[1] The State Board understands this Court to have directed the parties to "address[] the remaining federal issues" in order to "facilitate prompt resolution of this matter." *See* April 12, 2025 Text Only Order. Thus, whether the Court finds that the appropriate vehicle by which to resolve those federal issues is the relief requested by Judge Griffin, Justice Riggs, the State Board, or the intervening and consolidated parties,[2] the end result is the same. The remaining federal issues can and should be resolved promptly with a final judgment by this Court.

Consistent with its prior filings, the State Board urges the Court to deny the petitions for judicial review and enter a permanent injunction of the remedial process.

---

[1] *See* D.E. 81, pp. 33 and D.E. 104, pp. 31 (Judge Griffin requesting denial of motions and dismissal of case); D.E. 83, p. 19 and D.E. 99, p. 11 (State Board requesting denial of petitions for judicial review and permanent injunction of remedial process); and D.E. 84, p. 31 and D.E. 100, p. 28 (Justice Riggs requesting judgment in favor of herself and the State Board).

[2] *See* D.E. 86 (Voter-Intervenors requesting summary judgment in the form of a permanent injunction and order that the State Board certify the results of the election); D.E. 78, p. 24 and D.E. 101, p. 26 (Consolidated N.C. Democratic Party requesting permanent injunction and denial of petitions for judicial review); and D.E. 82, pp. 32-33 and D.E. 103, p. (Consolidated Conley Voters requesting judgment in favor of the voter Plaintiffs and against Judge Griffin, and permanent injunction of remedial process).

2

Respectfully submitted this 28th day of April, 2025.

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
tsteed@ncdoj.gov
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602
Phone: 919-716-6567
Fax: 919-716-6758

*Counsel for State Board Defendants*