# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

| | |
|---|---|
| North Carolina Democratic Party,<br><br>    Plaintiff,<br><br>    v.<br><br>North Carolina State Board of Elections, *et al.*,<br><br>    Defendants. | Case No. 5:24-cv-699-M |
| Jefferson Griffin<br><br>    Plaintiff,<br><br>    v.<br><br>North Carolina State Board of Elections,<br><br>    Defendants,<br><br>    and<br><br>Allison Riggs, VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson,<br><br>Intervenor-Defendants | Case No. 5:24-cv-731-M |
| Carrie Conley, Lockhart Webb, and Ella Kromm, *individually and on behalf of all others similarly situated*; Gabriela Adler-Espino; and the League of Women Voters of North Carolina,<br><br>    Plaintiffs,<br><br>    v.<br><br>Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*, and Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*,<br><br>    Defendants. | Case No. 5:25-cv-193-M |

# ORDER

This matter is before the Court on the Motion for leave to file an amicus curiae brief ("Motion") (ECF No. 85), filed by Ty Cobb, Tom Coleman, Barbara Comstock, David Emery, Claudine Schneider, Peter Smith, Laurence H. Tribe, and Joe Walsh. After careful review and consideration of the record, the Court finds that the proposed amicus brief is both desirable and relevant to the disposition of this matter. Further, all parties to this action have either consented to the filing of the amicus brief or have not responded after efforts to contact them have been made. Accordingly, for good cause shown, it is hereby:

ORDERED that the Motion is GRANTED, and movants are hereby granted leave to file an amicus curiae brief in opposition to remand.

SO ORDERED, this the _____ day of April, 2025.

                                              _____
                                              Honorable Richard E. Myers II
                                              Chief United States District Judge