UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br>    *Plaintiff*,<br>v.<br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br>    *Defendant*,<br>and<br>ALLISON RIGGS, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, VOTEVETS ACTION FUND, TANYA WEBSTER-DURHAM, SARAH SMITH, JUANITA ANDERSON,<br>    *Intervenor-Defendants*. | Case No. 5:24-cv-00731-M-RJ (lead) |
| NORTH CAROLINA DEMOCRATIC PARTY,<br>    *Plaintiff*,<br>v.<br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br>    *Defendants*. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br>    *Plaintiffs*,<br>v.<br>ALAN HIRSCH et al.,<br>    *Defendants*. | Case No. 5:25-cv-00193-M-RJ |

**VOTEVETS ACTION FUND, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, TANYA WEBSTER-DURHAM, SARAH SMITH, AND JUANITA ANDERSON'S MOTION FOR LEAVE TO FILE AMENDED ANSWERS AND CROSSCLAIMS**

VoteVets Action Fund, North Carolina Alliance For Retired Americans, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson (collectively, "VoteVets Intervenors") submit this

1

motion for leave to file amended answers and assert crossclaims against the North Carolina Board of Elections ("the Board") pursuant to Federal Rules of Civil Procedure 13 and 15.

In support of this motion, VoteVets Intervenors rely on the bases and authorities set forth in the attached memorandum in support. Counsel for VoteVets Intervenors conferred with counsel for Justice Riggs, Judge Griffin, and the Board before filing this motion. The Board takes no position on the motion; Justice Riggs consents to the motion; and Judge Griffin opposes the motion.

Date: May 1, 2025

Respectfully submitted,

/s/ *Lalitha D. Madduri*
Lalitha D. Madduri
Christopher D. Dodge
Tina Meng Morrison
James J. Pinchak
Julie Zuckerbrod
ELIAS LAW GROUP LLP
250 Massachusetts Ave, N.W.
Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
lmadduri@elias.law
cdodge@elias.law
tmengmorrison@elias.law
jpinchak@elias.law
jzuckerbrod@elias.law

Narendra K. Ghosh
N.C. Bar No. 37649
PATTERSON HARKAVY LLP
100 Europa Drive, Suite 420
Chapel Hill, NC 27217
Telephone: (919) 942-5200
nghosh@pathlaw.com

*Counsel for VoteVets Intervenors VoteVets Action Fund, the North Carolina Alliance for Retired Americans, Tanya Webster-Durham, Sarah Smith, and Juanita Anderson*