UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br>    *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br>    *Defendant*,<br><br>and<br><br>ALLISON RIGGS, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, VOTEVETS ACTION FUND, TANYA WEBSTER-DURHAM, SARAH SMITH, and JUANITA ANDERSON,<br>    *Intervenor-Defendants*. | Case No. 5:24-cv-00731-M-RJ |
| NORTH CAROLINA DEMOCRATIC PARTY,<br>    *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br>    *Defendants*. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br>    *Plaintiffs*,<br><br>v.<br><br>ALAN HIRSCH et al.,<br>    *Defendants*. | Case No. 5:25-cv-00193-M-RJ |

**[PROPOSED] ORDER**

The matter is before the Court on the Motion for leave to file amended answers and crossclaims, filed by VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, Tanya Webster-Durham, and Juanita Anderson ("VoteVets Intervenors").

It is hereby ORDERED that the Motion is GRANTED, and VoteVets Intervenors are hereby granted leave to file amended answers and crossclaims.

SO ORDERED.

This _____ day of _____, 2025.

_____
HON. RICHARD E. MYERS II CHIEF
UNITED STATES DISTRICT JUDGE