IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| North Carolina Democratic Party,<br><br>    Plaintiff,<br><br>    v.<br><br>North Carolina State Board of Elections, *et al.*,<br><br>    Defendants. | Case No. 5:24-cv-699-M |
| Jefferson Griffin,<br><br>    Plaintiff,<br><br>    v.<br><br>North Carolina State Board of Elections,<br><br>    Defendants,<br><br>    and<br><br>Allison Riggs, VoteVets Action Fund, North Carolina Alliance for Retired Americans, Sarah Smith, and Juanita Anderson,<br><br>    Intervenor-Defendants. | Case No. 5:24-cv-731-M |
| Carrie Conley, Lockhart Webb, and Ella Kromm, *individually and on behalf of all others similarly situated*; Gabriela Adler-Espino; and the League of Women Voters of North Carolina,<br><br>    Plaintiffs,<br><br>    v.<br><br>Alan Hirsch, Jeff Carmon, Stacy Eggers IV, Kevin N. Lewis, and Siobhan O'Duffy Millen, *in their official capacities as members of the North Carolina State Board of Elections*, and Karen Brinson Bell, *in her official capacity as Executive Director of the North Carolina State Board of Elections*,<br><br>    Defendants. | Case No. 5:25-cv-193-M |

**NORTH CAROLINA DEMOCRATIC PARTY'S NOTICE
IN RESPONSE TO THE COURT'S APRIL 30, 2025 ORDER**

In response to the Court's April 30, 2025 order, Dkt.113, the North Carolina Democratic Party (NCDP) states that:

1. No genuine dispute of material fact remains in the above-captioned cases;

2. NCDP does not object to the Court treating the brief that NCDP filed on April 21, 2025 (Dkt.78) as a motion for summary judgment; and

3. NCDP requires no further time to come forward with its evidence in support of such motion, and relies upon the record evidence it has submitted.

May 2, 2025

Respectfully submitted,

/s/ Shana L. Fulton

| | |
|---|---|
| SETH P. WAXMAN* | SHANA L. FULTON |
| DANIEL S. VOLCHOK* | N.C. Bar No. 27836 |
| CHRISTOPHER E. BABBITT* | WILLIAM A. ROBERTSON |
| JANE E. KESSNER* | N.C. Bar No. 53589 |
| NITISHA BARONIA* | JAMES W. WHALEN |
| ANN E. HIMES* | N.C. Bar No. 58477 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP |
| 2100 Pennsylvania Avenue N.W. | 150 Fayetteville Street, Suite 1700 |
| Washington, D.C. 20037 | Raleigh, N.C. 27601 |
| Phone: (202) 663-6000 | Phone: (919) 839-0300 |
| Fax: (202) 663-6363 | Fax: (919) 839-0304 |
| seth.waxman@wilmerhale.com | sfulton@brookspierce.com |
| daniel.volchok@wilmerhale.com | wrobertson@brookspierce.com |
| christopher.babbitt@wilmerhale.com | jwhalen@brookspierce.com |
| jane.kessner@wilmerhale.com | |
| nitisha.baronia@wilmerhale.com | |
| annie.himes@wilmerhale.com | |

* Local Rule 83.1(e) special appearance

## CERTIFICATE OF SERVICE

On this 2nd day of May, 2025, I electronically filed the foregoing document using the court's CM/ECF system.

/s/ Shana L. Fulton
Shana L. Fulton