IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CARRIE CONLEY et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALAN HIRSCH et al.,<br><br>*Defendants*.<br><br>JEFFERSON GRIFFIN,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>*Defendant*,<br><br>and<br><br>ALLISON RIGGS et al.,<br><br>*Intervenor-Defendants*.<br><br>NORTH CAROLINA DEMOCRATIC PARTY,<br><br>*Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br><br>*Defendants*. | Case Nos.  5:25-cv-00193-M<br>5:24-cv-00731-M (lead)<br>5:24-cv-00699-M<br><br>**VOTER PLAINTIFFS' RESPONSE TO APRIL 30 ORDER** |

1

## VOTER PLAINTIFFS' RESPONSE TO APRIL 30 ORDER

Plaintiffs Carrie Conley, Lockhart Webb, Ella Kromm, Gabriela Adler-Espino, and the League of Women Voters of North Carolina (Voter Plaintiffs) submit the following in response to the Order issued by this Court on April 30, 2025, ECF 113:

1. Voter Plaintiffs do not believe there are any material facts that remain genuinely in dispute. Voter Plaintiffs have attached to this filing their statement of undisputed facts. Exhibit A (Voter Plaintiffs' Statement of Undisputed Facts).

2. Voter Plaintiffs have no objection to the court treating the parties' briefing as cross-motions for summary judgment.

3. Voter Plaintiffs do not require more time to come forward with additional evidence. Voter Plaintiffs note that, given the unique procedural posture of this case and in the interests of judicial efficiency, they have not yet filed a motion to certify their proposed Class. *See Conley v. Hirsch*, No. 5:25-cv-00193, ECF 1 at ¶¶ 181-190. However, they are prepared to expeditiously file their motion upon the Court's request.

Dated: May 2, 2025

Respectfully Submitted,

/s/ *Samuel Jacob Davis*
Samuel Jacob Davis
Election Law Clinic at Harvard Law School
6 Everett Street,
Cambridge, MA, 02138
Telephone: (631) 807-2327
State Bar No. 57289

Hayden Johnson*
Protect Democracy Project
2020 Pennsylvania Avenue NW, Suite #163
Washington, DC 20006
hayden.johnson@protectdemocracy.org
Telephone: (202) 579-4582
Fax: (202) 769-3176

John Paredes*
Protect Democracy Project
82 Nassau Street, #601
New York, NY 10038
john.paredes@protectdemocracy.org
Telephone: (202) 579-4582

Jessica A. Marsden
Protect Democracy Project
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
jess.marsden@protectdemocracy.org

Fax: (202) 769-3176

Stacey Leyton*
Danielle Leonard*
Juhyung Harold Lee*
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com
dleonard@altber.com
hlee@altber.com

Telephone: (202) 579-4582
Fax: (202) 769-3176
State Bar No. 50855

Anne Harden Tindall
Protect Democracy Project
510 Meadowmont Village Circle, No. 328
Chapel Hill, NC 27517
anne.tindall@protectdemocracy.org
Telephone: (202) 579-4582
Fax: (202) 769-3176
State Bar No. 31569

*By special appearance or notice of special appearance forthcoming

## CERTIFICATE OF SERVICE

On this 2nd day of May, 2025, I electronically filed the foregoing document using the court's CM/ECF system.

/s/ Samuel Jacob Davis
Samuel Jacob Davis
