IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br>    *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE<br>BOARD OF ELECTIONS,<br>    *Defendant,*<br><br>and<br><br>ALLISON RIGGS, VOTEVETS ACTION FUND, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, SARAH SMITH, and JUANITA ANDERSON,<br>    *Intervenor-Defendants.* | Case No. 5:24-cv-00731-M |
| NORTH CAROLINA DEMOCRATIC PARTY,<br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br>Defendants. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH et al.,<br>Defendants. | Case No. 5:25-cv-00193-M-RJ |

## NOTICE OF APPEARANCE

Please take notice that Jay Norman Delancy is entering an appearance in this matter on behalf of proposed *amicus curiae* the Immigration Reform Law Institute. Service of all filings can be directed to counsel's address listed below:

Dated: June 25, 2024          Respectfully submitted,

/s/ Jay Norman Delancy
Jay Norman Delancy
Appearing Pro Se
296 Fairway Lane
Sanford, NC 27332
Tel: (919) 332-4129
Email: jay.delancy@gmail.com