| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>        Plaintiff,<br><br>  v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>        Defendant,<br><br>  and<br><br>ALLISON RIGGS et al.,<br><br>        Intervenor-Defendants. | **Case No. 5:24-cv-00731-M** |
| NORTH CAROLINA DEMOCRATIC PARTY,<br><br>        Plaintiff,<br><br>  v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,<br><br>        Defendants. | **ORDER**<br><br>**Case No. 5:24-cv-00699-M** |
| CARRIE CONLEY, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ALAN HIRSCH, et al.,<br><br>        Defendants. | **Case No. 5:25-cv-00193-M** |

THIS MATTER is before the Court on the fourth consent motion of Defendants North Carolina State Board of Elections, its member, and its executive director ("State Board") for a sixty (60) day extension of the deadline within which to respond to Plaintiff N.C. Democratic Party's Second Amended Complaint [D.E. 35 in case no. 5:24-cv-00699-M]; and

It appearing that Plaintiff consents to this request and that good cause exists to grant the State Board's motion;

IT IS HEREBY ORDERED that the State Board shall have up to and including July 7, 2025, to file a response to Plaintiff's Second Amended Complaint.

Dated this the _____ day of _____, 2025.

_____
RICHARD E. MYERS, II
Chief Judge
United States District Court

2

Case 5:24-cv-00731-M-RJ    Document 123-1    Filed 05/04/25    Page 2 of 2