IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br>    *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE<br>BOARD OF ELECTIONS,<br>    *Defendant,*<br><br>and<br><br>ALLISON RIGGS, VOTEVETS AC-<br>TION FUND, NORTH CAROLINA<br>ALLIANCE FOR RETIRED AMER-<br>ICANS, SARAH SMITH, and<br>JUANITA ANDERSON,<br>    *Intervenor-Defendants.* | Case No. 5:24-cv-00731-M |
| NORTH CAROLINA DEMOCRATIC<br>PARTY,<br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD<br>OF ELECTIONS et al.,<br>Defendants. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH et al.,<br>Defendants. | Case No. 5:25-cv-00193-M-RJ |

# MOTION TO WITHDRAW AS COUNSEL

Adam C. Draper, Counsel for Jay Norman Delancy for the limited purpose of helpi9ng him an amicus curiae brief, pursuant to Rule 5.2(e) of the Local Civil Rules of Practice and Procedure for the United States District Court for the Eastern District of North Carolina, and in conformity with Rule 1.16 of the North Carolina Rules of Professional Conduct, moves to withdraw as Mr. Delancy's counsel, and as grounds for withdrawal shows the Court:

1. Mr. Delancy (Current address: 296 Fairway Lane, Sanford, NC 27332) has been served with notification of his counsel's intention to withdraw, including a copy of this motion, and Mr. Delancy knowingly and freely consents to such withdrawal, having previously indicated his desire for his counsel to withdraw, and also having no intention to retain replacement counsel because Mr. Delancy's sole desire in this matter was to file a self-drafted amicus curiae brief.

2. Counsel's withdrawal can be accomplished without material adverse effect on the interests of Mr. Delancy because Counsel was only appearing for the limited purpose of helping Mr. Delancy file an amicus curiae brief at the eleventh hour of the filing deadline for the same, which was ultimately unsuccessful.

**WHEREFORE**, Adam C. Draper prays that this Court enter an order allowing him to withdraw as counsel for Jay Norman Delancy for the filing of an amicus curiae brief in this case.

Respectfully submitted, this the 5th day of May 2025.

/s/ Adam C. Draper  
Adam C. Draper  
Attorney for Plaintiff  
NC State Bar # 16612  
Pacific Justice Institute

PO Box 20454
Winston Salem, NC  27120
Telephone:  (743) 219-1960
Facsimile:   (336) 765-5725
Email:  adraper@pji.org

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on Jay Norman Delancy (by U.S. Mail at 296 Fairway Lane, Sanford, NC 27332, and by email at jay.delancy@gmail) and upon all parties of record by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each.

This the 5th day of May 2025.

/s/ Adam C. Draper
Adam C. Draper
Attorney for Plaintiff
NC State Bar # 16612
Pacific Justice Institute
PO Box 20454
Winston Salem, NC  27120
Telephone:  (743) 219-1960
Facsimile:   (336) 765-5725
Email:  adraper@pji.org