IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br>    *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE<br>BOARD OF ELECTIONS,<br>    *Defendant,*<br><br>and<br><br>ALLISON RIGGS, VOTEVETS AC-<br>TION FUND, NORTH CAROLINA<br>ALLIANCE FOR RETIRED AMER-<br>ICANS, SARAH SMITH, and<br>JUANITA ANDERSON,<br>    *Intervenor-Defendants.* | Case No. 5:24-cv-00731-M |
| NORTH CAROLINA DEMOCRATIC<br>PARTY,<br>Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD<br>OF ELECTIONS et al.,<br>Defendants. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br>Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH et al.,<br>Defendants. | Case No. 5:25-cv-00193-M-RJ |

**[PROPOSED] ORDER ON MOTION TO WITHDRAW**

Pursuant to Local Civil Rule 5.2, the motion to withdraw is hereby GRANTED and counsel's appearance for Jay Norman Delancy ("Client") in this action is terminated. With regard to Client's continued representation, the court ORDERS as follows:

X     For individual parties: Within 21 days of the filing date of this order, Client must file a notice of self-representation <u>or</u> cause new counsel to file a notice of appearance.

       For entity parties: Within 21 days of the filing date of this order, Client must cause new counsel to file a notice of appearance. Pursuant to Local Civil Rule 5.2(b)(2), no corporation, limited liability company, partnership, trust, or association may appear pro se, but must be represented by an attorney who is admitted to practice in this court.

**A party that fails to file a notice of self-representation or cause new counsel to file a notice of appearance may be subject to sanctions, including but not limited to dismissal or default judgment. A self-represented party is responsible for being familiar and complying with all applicable rules and pending deadlines in this action.**

SO ORDERED. This <u>5 t h</u> day of May, 2025

---

US DISTRICT COURT JUDGE