IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br>    *Plaintiff*,<br><br>v.<br><br>NORTH CAROLINA STATE<br>BOARD OF ELECTIONS,<br>    *Defendant*,<br><br>and<br><br>ALLISON RIGGS, VOTEVETS ACTION FUND, NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS, SARAH SMITH, and JUANITA ANDERSON,<br>    *Intervenor-Defendants*. | Case No. 5:24-cv-00731-M |
| NORTH CAROLINA DEMOCRATIC PARTY,<br>    Plaintiff,<br><br>v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br>    Defendants. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br>    Plaintiffs,<br><br>v.<br><br>ALAN HIRSCH et al.,<br>    Defendants. | Case No. 5:25-cv-00193-M-RJ |

# ORDER

This matter is before the Court on the Motion of Jay Norman DeLancy for Leave to File and *Amicus* Curiae Brief in Support of neither party in the disputed election.

Based on the representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that the motion is GRANTED, and the requestor has leave to file a *pro se* brief as *amicus curiae* in support of neither party, but offering a remedy that ensures due process for all affected voters in the matter.

This, the 5th day of May 2025.

 

_____

Hon. US District Court Judge presiding.