# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN, | |
| *Plaintiff*, | |
| v. | |
| NORTH CAROLINA STATE BOARD OF ELECTIONS, | Case No. 5:24-cv-00731-M-RJ |
| *Defendant*, | |
| and | |
| ALLISON RIGGS et al., | |
| *Intervenor-Defendants*. | |

| | |
|---|---|
| NORTH CAROLINA DEMOCRATIC PARTY, | |
| *Plaintiff*, | |
| v. | Case No. 5:24-cv-00699-M-KS |
| NORTH CAROLINA STATE BOARD OF ELECTIONS et al., | |
| *Defendants.* | |

| | |
|---|---|
| CARRIE CONLEY et al., | |
| *Plaintiffs*, | |
| v. | Case No. 5:25-cv-00193-M-RJ |
| ALAN HIRSCH et al., | |
| *Defendants.* | |

## <u>NOTICE OF SPECIAL APPEARANCE</u>

Please take notice that the undersigned Heather Szilagyi hereby enters a notice of special appearance as attorney for *amicus curiae* Secure Families Initiative in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Lucy Inman.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: May 8, 2025

<div style="margin-left:50%">

<u>/s/ *Heather Szilagyi*</u>
Heather Szilagyi
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC
(202) 736-2200
hszilagyi@campaignlegalcenter.org
DC Bar. No. 90006787
Attorney for Secure Families Initiative


<u>/s/ *Lucy Inman*</u>
Lucy Inman
Milberg Coleman Bryson Phillips Grossman
PLLC
900 W. Morgan St.
Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
linman@milberg.com
NC Bar. No. 17462
Local Civil Rule 83.1(d) Attorney for Secure
Families Initiative

</div>

2