IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEFFERSON GRIFFIN,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS,<br><br>　　　　*Defendant*,<br><br>　　and<br><br>ALLISON RIGGS et al.,<br><br>　　　　*Intervenor-Defendants*. | Case No. 5:24-cv-00731-M-RJ |
| NORTH CAROLINA DEMOCRATIC PARTY,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>NORTH CAROLINA STATE BOARD OF ELECTIONS et al.,<br><br>　　　　*Defendants*. | Case No. 5:24-cv-00699-M-KS |
| CARRIE CONLEY et al.,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>ALAN HIRSCH et al.,<br><br>　　　　*Defendants*. | Case No. 5:25-cv-00193-M-RJ |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Danielle Lang hereby enters a notice of special appearance as attorney for *amicus curiae* Secure Families Initiative in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Lucy Inman.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Dated: May 12, 2025

/s/ *Danielle Lang*
Danielle Lang
Campaign Legal Center
1101 14th Street NW, Suite 400
Washington, DC
(202) 736-2200
dlang@campaignlegalcenter.org
DC Bar. No. 1500218
Attorney for Secure Families Initiative


/s/ *Lucy Inman*
Lucy Inman
Milberg Coleman Bryson Phillips Grossman PLLC
900 W. Morgan St.
Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
linman@milberg.com
NC Bar. No. 17462
Local Civil Rule 83.1(d) Attorney for Secure Families Initiative