FILED:  June 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1398
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

       Plaintiff - Appellee

v.

VOTEVETS ACTION FUND; NORTH CAROLINA ALLIANCE FOR
RETIRED AMERICANS; SARAH SMITH; JUANITA ANDERSON

       Intervenors - Appellants

and

NORTH CAROLINA STATE BOARD OF ELECTIONS

       Defendant - Appellee

 and

ALLISON RIGGS; TANYA WEBSTER-DURHAM

       Intervenors

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk