FILED: June 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1398
(5:24-cv-00731-M-RJ)

_____

JUDGE JEFFERSON GRIFFIN

      Plaintiff - Appellee

v.

VOTEVETS ACTION FUND; NORTH CAROLINA ALLIANCE FOR RETIRED AMERICANS; SARAH SMITH; JUANITA ANDERSON

      Intervenors - Appellants

and

NORTH CAROLINA STATE BOARD OF ELECTIONS

      Defendant - Appellee

and

ALLISON RIGGS; TANYA WEBSTER-DURHAM

      Intervenors

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

    This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*