FILED: June 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1401
(5:24-cv-00731-M-RJ)
(5:25-cv-00193-M-RJ)

_____

CARRIE CONLEY; LOCKHART WEBB; ELLA KROMM; GABRIELA ADLER-ESPINO; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA

        Plaintiffs - Appellants

v.

ALAN HIRSCH, in his official capacities as members of the North Carolina State Board of Elections; JEFF CARMON, in his official capacities as members of the North Carolina State Board of Elections; STACY EGGERS, IV, in his official capacities as members of the North Carolina State Board of Elections; KEVIN N. LEWIS, in his official capacities as members of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in his official capacities as members of the North Carolina State Board of Elections; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections

        Defendants - Appellees

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

                                   For the Court--By Direction

                                   /s/ Nwamaka Anowi, Clerk