FILED: June 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1401
(5:24-cv-00731-M-RJ)
(5:25-cv-00193-M-RJ)

_____

CARRIE CONLEY; LOCKHART WEBB; ELLA KROMM; GABRIELA ADLER-ESPINO; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA

         Plaintiffs - Appellants

v.

ALAN HIRSCH, in his official capacities as members of the North Carolina State Board of Elections; JEFF CARMON, in his official capacities as members of the North Carolina State Board of Elections; STACY EGGERS, IV, in his official capacities as members of the North Carolina State Board of Elections; KEVIN N. LEWIS, in his official capacities as members of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in his official capacities as members of the North Carolina State Board of Elections; KAREN BRINSON BELL, in her official capacity as Executive Director of the North Carolina State Board of Elections

         Defendants - Appellees

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*