IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JUDGE JEFFERSON GRIFFIN, <br><br> Plaintiff, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, <br><br> Defendant. <br><br> and <br><br> ALLISON RIGGS, et al., <br><br> Intervenor-Defendants | Case No. 5:24-CV-00731-M |
| NORTH CAROLINA DEMOCRATIC PARTY, <br><br> Plaintiff, <br><br> v. <br><br> NORTH CAROLINA STATE BOARD OF ELECTIONS, et al., <br><br> Defendants. | Case No. 5:24-CV-00699-M |
| CARRIE CONLEY, et al. <br><br> Plaintiffs, <br><br> v. <br><br> ALAN HIRSCH, et al. <br><br> Defendants. | Case No. 5:25-CV-00193-M |

1

This matter comes before the court on several miscellaneous motions that remain pending after the court entered judgment in this case on May 5, 2025. *See* DE 126. The State Board's motion [DE 123] for an extension of time to file an answer or otherwise respond to the amended complaint in Case No. 5:24-CV-699-M is denied as moot. Jay Norman DeLancy's motion [DE 127] for leave to file an amicus brief is denied as moot. And the motion to withdraw [DE 124] filed by counsel for Mr. DeLancy (Adam C. Draper) is granted.

SO ORDERED this 27th day of June, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE